# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| POWDER RIVER BASIN RESOURCE COUNCIL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR and U.S. BUREAU OF LAND MANAGEMENT, <br><br> Defendants, <br><br> and <br><br> STATE OF WYOMING, et al., <br><br> Defendants-Intervenors. | No. 1:22-cv-02696-TSC |

## [PROPOSED] ORDER DENYING DEFENDANTS–INTERVENORS' MOTION FOR EVIDENTIARY HEARING

THIS MATTER comes before the Court on Defendants-Intervenors' Motion for Evidentiary Hearing. Having reviewed the papers filed in support of and in opposition to this motion, and being fully advised, the Court finds that Defendants-Intervenors' motion should be DENIED.

**SO ORDERED**

DATED:_____

                                                  TANYA S. CHUTKAN
                                                  United States District Judge