# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **POWDER RIVER BASIN RESOURCE COUNCIL**, *et. al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 22-cv-2696 (TSC) |
| **U.S. DEPT OF INTERIOR**, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, ECF No. 113, Defendants' Motion to Dismiss Crossclaim, ECF No. 70, is hereby GRANTED.

Date: January 18, 2024

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge