## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **POWDER RIVER BASIN RESOURCE COUNCIL, *et. al.*,** ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 22-cv-2696 (TSC) |
| **U.S. DEPT OF INTERIOR, *et al.*,** ) | |
| Defendants. ) | |

## <u>ORDER</u>

For the reasons set forth in the accompanying Memorandum Opinion, ECF No. 113, Plaintiff's Motion to Dismiss Counterclaim and Crossclaim, ECF No. 65, is hereby GRANTED in part and DENIED in part.  The motion is granted as to the counterclaim and denied as to the crossclaim.

Date: January 18, 2024

*Tanya S. Chutkan*

TANYA S. CHUTKAN
United States District Judge