UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **POWDER RIVER BASIN RESOURCE COUNCIL**, *et. al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 22-cv-2696 (TSC) |
| **U.S. DEPT OF INTERIOR**, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, ECF No. 130, Plaintiffs' Motion for Summary Judgment, ECF No. 116, is hereby GRANTED in part; Defendants' Cross Motion for Summary Judgment, ECF No. 118, is hereby DENIED; Energy Intervenors' Cross Motion for Summary Judgment, ECF No. 121, is hereby DENIED; and Wyoming's Cross Motion for Summary Judgment, ECF No. 123, is hereby DENIED.

Plaintiffs' supplemental brief on remedy shall be filed on or before October 25, 2024. Defendants' and Intervenors' supplemental responses on remedy shall be filed on or before November 8, 2024. Further APD approvals based on the deficient EIS are hereby ENJOINED pending further order of the court.

Date: September 13, 2024

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge