

# Memo

| | |
|---|---|
| TO: | Poe Leggette, Baker & Hostetler LLP |
| FROM: | Ray Moores, P.E.; Ben Schiffer, P.G; Kim Venton |
| DATE: | November 7, 2024 |
| SUBJECT: | Privileged and Confidential--Evaluation of Specific Storage Values and Their Use in a Groundwater Model in the Converse County Oil and Gas Project Environmental Impact Statement |

At your request, WWC Engineering (WWC) has evaluated the specific storage value used in the modeling efforts for the Environmental Impact Statement (EIS) for the Converse County Oil and Gas Project. This memorandum briefly describes how specific storage relates to the various storage values used in typical groundwater analyses followed by a summary of our sensitivity analysis of the Converse County Project Area (CCPA) groundwater modeling performed for the Converse County Oil and Gas Project.

Groundwater Storage

Groundwater modeling equations characterize the amount of water in storage in an aquifer using a storage value. Depending on aquifer conditions and the modeling equations utilized, there are several storage values commonly used which include the storage coefficient, specific storage, and specific yield.  Since the names are similar, they can sometimes be confused but at their core they are different values with specific applications and are not interchangeable.

The unitless storage coefficient (S, also called storativity) is a measure of the volume of water that is taken into or released from an aquifer (per unit area) when the head or hydrostatic pressure changes. A lower storage coefficient means more drawdown is needed to remove the same amount of water from storage in an aquifer. Storage coefficients are typically calculated from data collected during aquifer pumping tests.

$$S = \frac{\text{Volume of Water}}{\text{Unit Area of Aquifer} \times \text{Unit Head Change}} = \frac{L^3}{L^2 \times L} = \text{Unitless}$$

Specific storage (Ss) is the storage coefficient divided by the aquifer thickness. In MODFLOW groundwater models, aquifer thickness is equivalent to the corresponding model layer thickness.

$$S_S = \frac{S}{\text{Aqufier Thickness}} = \frac{\text{Unitless}}{L} = \text{Units of } \frac{1}{L}$$

The unitless specific yield (Sy) is defined as the volume of water that drains out of a given volume of aquifer material in response to gravity. In an unconfined ("water table") aquifer, the storage coefficient is essentially equal to specific yield. In confined aquifers, flow is dominated by pressure differentials (not gravity), so specific yield is not applicable.

Privileged and Confidential--Evaluation of Specific Storage Values
Page 2 of 5
November 7, 2024

$$S_y = \frac{\text{Volume of Water that Drains from Aquifer Sample Under Gravity}}{\text{Total Volume of Aquifer Sample}} = \frac{L^3}{L^3} = \text{Unitless}$$

Storage coefficients (i.e. specific yields) in unconfined aquifers typically range from 0.1 to 0.3[1]. Storage coefficients in confined aquifers typically range from 0.00001 to 0.001 ($10^{-5}$ to $10^{-3}$)[1]. For a 100-foot-thick aquifer, the corresponding specific storage would be $10^{-7}$ ft$^{-1}$ to $10^{-5}$ ft$^{-1}$.

Conceptually, the storage mechanisms in confined and unconfined aquifers are very different. Confined aquifers are under pressure. If a well is completed in a confined aquifer, the confining pressures cause water levels in the well to rise above the top of the aquifer. When water levels change in a confined aquifer, the aquifer remains fully saturated. In a confined aquifer the storage coefficient is basically a measure of compression or decompression of the water and the aquifer.

In an unconfined aquifer, the water level is below the top of the aquifer and the aquifer is not under pressure. When water levels in an unconfined aquifer decline, the interstitial void spaces between the grains of material that make up the aquifer (typically sand or silt) are dewatered. For a porous aquifer this could be 30 percent or more of the volume of the aquifer. In its simplest form, specific yield can be thought of as the volume of void spaces in the aquifer that can be dewatered.

MODFLOW uses the specific yield value for unconfined aquifers (model layers), and the specific storage for confined aquifers (also model layers). There is an option in MODFLOW to use the storage coefficient instead of specific storage. MODFLOW also allows "convertible" aquifers, which allow aquifers to go back and forth between confined and unconfined based on the modeled water level. In other words, while water levels in the aquifer remain above the top of the aquifer (confined conditions), MODFLOW calculates the volume of water coming out of storage using the specific storage. However, when the water level drops below the top of the aquifer (unconfined conditions) MODFLOW switches over to using the specific yield.

CCPA Groundwater Model

WWC reviewed the BLM's CCPA groundwater model files, including the original MODFLOW input and output files, the Groundwater Vistas model files, and spreadsheets comparing the drawdowns for various model scenarios reported in the EIS.

The CCPA groundwater model includes 5 model layers. The upper most layer (Layer 1) represents the Wasatch/Tongue River Aquifer, bounded below by the Lebo Confining Unit (Layer 2). In the groundwater model report[2] the Wasatch/Tongue River aquifer is described as unconfined. Below the Lebo confining unit is the Tullock Aquifer (Layer 3), which is bounded

---

[1] Heath, R. 1983 (revised 2004). USGS Basic Ground-Water Hydrology, Water Supply Paper 2220.

[2] BLM, 2020. Environmental Impact Statement for Converse County Oil and Gas Project Appendix E Groundwater Model Report, Prepared by the BLM, 2020.

Privileged and Confidential--Evaluation of Specific Storage Values
Page 3 of 5
November 7, 2024

below by the Upper Hell Creek Confining Unit (Layer 4). Below the Upper Hell Creek Confining Unit is the Fox Hills/Lower Hells Creek Aquifer (Layer 5), which is bounded on the bottom by the Pierre Shale. The bottom of the model (top of the Pierre Shale) functions as a no flow boundary. Model layers 2 through 5 are convertible in the CCPA groundwater model, but they remained confined throughout modeling with respect to all of the evaluations discussed in this memo.

In the CCPA groundwater model all the layers were assigned a specific storage value of 0.001 $ft^{-1}$ and a specific yield value of 0.15. The option to use storage coefficient instead of specific storage was not selected, so the 0.001 $ft^{-1}$ value does represent specific storage, *not* storage coefficient. As noted above, a specific storage value of 0.001 $ft^{-1}$ is higher than the typical range of values for a confined aquifer. However, a specific yield of 0.15 is in the lower range of typical values for unconfined aquifers. Appendix E of the EIS describes the confining units as "semi-confining and leaky". For leaky confined aquifers, the specific storage can be higher than it is for highly confined aquifers due to the additional storage capacity provided by the semi-permeable confining layers that allow some water to leak in. As such, there may be some justification to use higher values of specific storage in this analysis.

Evaluation of Storage Values Used in the CCPA Groundwater Model

Concerns have been raised that the specific storage values used in the CCPA groundwater model were too high and, as a result, the groundwater model underestimated potential impacts of aquifer pumping. WWC has evaluated the CCPA groundwater model to determine potential implications of adjusting specific storage values used in the analysis.

To evaluate effects of varying specific storage in the modeled aquifers, WWC conducted a sensitivity analysis on the concentrated pumping scenarios discussed in Appendix E of the EIS, where all wells were screened in either Layer 1, Layer 3 or Layer 5. In the sensitivity analysis, the specific storage was decreased from 0.001 $ft^{-1}$ to 0.00001 $ft^{-1}$ and drawdowns after 10 years of simulated pumping (i.e. the maximum drawdowns) were compared to the original analysis. The results are shown in Table 1.

Table 1. Groundwater Model Sensitivity Analysis (Concentrated Pumping, 4,000-ft Spacing)

|  | **Original CCPA Model** | **Modified CCPA Model** |
|---|---|---|
| Specific Storage | 0.001 $ft^{-1}$ | 0.00001 $ft^{-1}$ |
| Specific Yield | 0.15 | 0.15 |
| Maximum Drawdown from All Pumping in Layer 1 | 41.9 ft [3] | 44.4 ft |
| Maximum Drawdown from All Pumping in Layer 3 | 10.8 ft | 47.6 ft |
| Maximum Drawdown from All Pumping in Layer 5 | 5.8 ft | 58.8 ft |

---

[3] The original BLM model results for this scenario could not be exactly replicated using the available Groundwater Vistas files. The original reported result from the BLM analysis is presented here. When WWC re-ran the associated Groundwater Vistas file, it resulted in approximately 2.5 feet less drawdown than reported in the BLM analysis.

Privileged and Confidential--Evaluation of Specific Storage Values
Page 4 of 5
November 7, 2024

As noted above, the Wasatch/Tongue River aquifer is unconfined. As a result, the CCPA MODFLOW model uses specific yield rather than specific storage for calculating the volume of water coming out of storage within this model layer (Layer 1). As the water levels in Layer 1 decrease, an upward pressure gradient in the model causes some contribution of water from the underlying model layers. This means that, for the scenario where all wells were screened in the Wasatch/Tongue River Aquifer (Layer 1), the specific storage value in Layer 1 has no effect on the model results. However, the specific storage values in the underlying model layers have a minor effect on the model results, with the lower specific storage resulting in slightly higher modeled drawdowns. The Wasatch/Tongue River aquifer is the shallowest aquifer and thus most accessible for other uses such as stock water. As such, where potential impacts are the greatest to non-oil and gas operators, changing the specific storage value would have a very minimal effect on modeled results.

For the pumping scenarios where all the wells are in a confined aquifer (Layer 3 or Layer 5), the lower specific storage value increases the modeled drawdown. The original analysis predicted drawdowns of over 40 feet would occur in the Wasatch/Tongue River Aquifer from the concentrated pumping scenario. The sensitivity analysis demonstrates drawdowns in the lower aquifers would be similar in magnitude to the impacts described in the uppermost aquifer if the specific storage were lowered to 0.00001 $ft^{-1}$. Note that changing the specific storage value does not change the total estimated volume of water removed from the aquifer.

For context, the available confining head (water level above the top of the aquifer) across the concentrated pumping wellfield ranges from roughly 1,350 to 2,100 feet in Layer 3 and 5,140 to 5,360 feet in Layer 5. Across the simulated wellfield the predicted drawdown ranges from 2.2 to 3.6 percent of the confining head in Layer 3 and roughly 1.1 percent of the confining head in Layer 5. Wells completed across the simulated wellfield would be in the range of 3,000 feet deep in Layer 3 and 7,000 feet deep in Layer 5. Given the high costs of drilling and completing wells this deep, it is unlikely any users other than oil and gas operators utilizing these wells for water supply would be impacted by these relatively minimal drawdowns in the lower layers.

In conclusion, changing the specific storage to 0.00001 $ft^{-1}$ is not expected to significantly change the results of the earlier analysis prepared for the EIS for the following reasons:

- The upper Wasatch/Tongue River aquifer is unconfined and the modeled drawdown in this layer depends primarily on specific yield rather than specific storage. As such, changing the specific storage only slightly changes the drawdown predictions in Layer 1.
- The simulated drawdowns using a lower specific storage in the confined aquifers are similar in magnitude to the drawdowns presented in the original EIS for the overlying unconfined aquifer. As such, this level of drawdown and associated impacts has already been considered in the EIS.
- The simulated drawdowns using a lower specific storage in the confined aquifers (Layers 3 and 5) are relatively small in comparison with the total available head in the

Privileged and Confidential--Evaluation of Specific Storage Values
Page 5 of 5
November 7, 2024

aquifers (total drawdown is less that 4 percent of the total available confining head). As a result, any additional aquifer users would likely observe no noticeable decline in water levels.





# RAY MOORES, P.E.
## CIVIL ENGINEER/PROJECT MANAGER

## ABOUT ME

Ray Moores is a civil engineer with 22 years of engineering experience, in addition to his Masters' research on sediment transport. His scholastic background in hydrology/hydraulics theory has given him an excellent basis for his work in the Civil/Water Resources Department. Mr. Moores has been involved with many projects including dam design; slope stability and seepage analysis; hydrologic and hydraulic analyses; channel design and reconstruction; mine permitting, designs and economic evaluation; and groundwater modeling.

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2002 - PRESENT | • Civil Engineer/Project Manager, WWC Engineering, Sheridan, WY |
| 2001 - 2002 | • Teaching Assistant, University of Wyoming, Laramie, WY |

## EDUCATION

**Master of Science**
**Civil Engineering**
University of Wyoming, 2002

**Bachelor of Science**
**Civil Engineering**
University of Wyoming, 2000

## REGISTRATIONS AND CREDENTIALS

### PROFESSIONAL ENGINEER
Wyoming No. 10702
Colorado No. 43036

### CIVIC MEMBERSHIPS
Boy Scouts of American Scoutmaster 2010-2016

### SPECIALIZED TRAINING
- ASDSO Advanced Technical Seminar "Slope Stability for Embankment Dams", 2008
- HEC-RAS
- Certified MSHA Impoundment Inspector

### SPECIALIZED TRAINING
- Troxler Nuclear Density Gauge Ceritified

### PRESENTATIONS AND PUBLICATIONS
- Authored "Operation Criteria for a Moveable Bed Flume in the Hydraulics Laboratory at the University of Wyoming", Masters Thesis, Department of Civil Engineering, 2002
- Presenter "Ross ISR Project groundwater Modeling" U2011, September 2011
- Temrezli ISR Uranium Project Preliminary Economic Assessment, July 2013

### PRESENTATIONS AND PUBLICATIONS (CONT.)
- Presenter "Potential Benefits of Numerical Groundwater Modeling to an Operational Wellfield", U2013, October 2013
- Qualified Person for NI 43-101 Technical Report Preliminary Economic Assessment Gas Hills Uranium Project Fremont and Natrona Counties, Wyoming, USA August 2021
- Qualified Person for Preliminary Economic Assessment Lost Creek ISR Uranium Property Sweetwater County, Wyoming, USA March 2022 and Preliminary Economic Assessment Shirley Basin ISR Uranium Project, Carbon County, Wyoming, USA March 2022

## PROJECT EXPERIENCE

### GROUNDWATER

Oversaw aquifer testing and development of the wellfield package for Mine Unit 1 of Strata's Ross ISR Uranium Project in northeastern Wyoming.

Oversaw development of the groundwater model developed for RAMACO to assess potential impacts of the proposed Brook Coal Mine near Acme, Wyoming.

Developed a groundwater model to assess Strata Energy's Ross ISR Uranium Project.

Developed and calibrated a groundwater model to predict the impacts to groundwater from CBNG development within the Atlantic Rim project area near Baggs, Wyoming.

Updated the Dry Fork Groundwater Model to develop the mining plan, which minimizes coal mining impacts to freshwater springs in Campbell County, Wyoming.



SERVICE · QUALITY · INTEGRITY

# PROJECT EXPERIENCE 

## GEOLOGIC INVESTIGATIONS

Developed a groundwater model to assess the fate of produced water generated during the production of coal bed natural gas in Johnson County, Wyoming.

Prepared updates for various groundwater models for coal mines within the Powder River Basin.

Prepared calculations for well dewatering efforts at various coal mines within the Powder River Basin.

Oversaw aquifer testing for ISR uranium mine expansions in the Powder River Basin.

Prepared aquifer testing, analyzed data, and prepared summary reports for aquifer tests for ISR uranium mines, coal mines, and CBNG production.

## HYDROLOGY, HYDRAULICS AND WATER RESOURCES

Project Manager for Antelope Mine's Horse Creek Flood Control Structures, Campbell County, Wyoming. Project included preparation of construction drawings and construction administration during construction of five flood control reservoirs with a total storage capacity of 1,293 ac-ft., as well as construction of a 6.2-mile dewatering pipeline and three pump stations capable of pumping a total of 10,300 gpm.

Pre-feasibility evaluation for a small hydroelectric system near Big Horn, Wyoming.

Prepared several HEC-HMS hydrologic evaluations in support of permitting and design of reservoirs, mines, and other infrastructures.

Prepared HEC-HMS reservoir breach analyses for several reservoirs in the Powder River Basin for the Wyoming State Engineers Office. Provided HEC-HMS training to State Engineer personnel as part of the project.

Project Manager for the design of an irrigation pump station diversion along Crazy Woman Creek in Wyoming.

Design lead, Project Manager and QAQC Lead for several large dams for coal mine flood protection and storage of water produced during coal-bed natural gas (CBNG) operations including designing spillways and hydraulic outlet structures, hydrologic flood analysis and other miscellaneous aspects of embankment design.

Prepared several HEC-RAS models in support of design and permitting activities for CBNG operations, reservoir design, bridge design and mine diversion designs.

Project Manager for Colorado jurisdictional dam upgrades, Burg Dam, Mesa County, Colorado.

Project Manager for Colorado jurisdictional dam upgrades, Baxter Dam, Garifled, Colorado.

## GEOTECHNICAL, REGULATORY COMPLIANCE, PROJECT EVALUATION, AND CONSTRUCTION

Evaluated slope failures for two existing Safety of Dams reservoirs and one large off-channel pit. Developed plans and specifications to address safety concerns and performed oversight during rehabilitation of the embankments.

Project Manager for MSHA mandated high-wall slope stability evaluations for Black Butte Coal Mine in southwestern Wyoming and Decker Coal Mine in southern Montana.

Managed projects providing engineering assistance for CBNG production companies within the Tongue River, Powder River, and Belle Fourche River drainages.

Design lead, Project Manager and QAQC Lead for several Safety of Dams reservoirs throughout the Powder River Basin of Wyoming including oversight of geotechnical drilling, sampling, testing, and analysis; evaluating embankment seepage and slope stability analyses using GeoStudio® (SEEP/W and SLOPE/W), prepared final design drawings, technical specifications, and permitting.

Prepared slope stability model using GeoStudio® (SLOPE/W and QUAKE/W) to evaluate the stability of a proposed Belle Fourche River diversion for Belle Ayr Coal Mine.

Project Manager for preparation of a preliminary economic assessment (PEA) for the Temrezli ISR Uranium Project. Project located near Sorgun, Turkey and is being advanced by an Australian mining company.

Evaluated socio-economic impacts of coal mine development projects and expansions as well as potential industrial development projects in Wyoming, Montana, and West Virginia.

Assisted with federal Environmental Impact Statements (EIS) and Environmental Assessments (EA) for conventional oil and gas, coal bed natural gas, and uranium mining projects in Wyoming and Colorado.

Project Manager in charge of a multi-discipline team responsible for permitting a large conventional uranium mine near Canon City, Colorado. Project was put on hold for economic reasons prior to submittal of permit applications.

Project Manager for the construction portion of the Thompson Creek Road Clear Creek bridge replacement project.

Worked on numerous projects in the CBNG industry in support of energy development and water resource management through all major regulatory entities, including the Bureau of Land Management, the Wyoming Department of Environmental Quality, the Wyoming Oil and Gas Conservation Commission, the U.S. Army Corps of Engineers and the Wyoming State Engineer's Office.

Project Manager for a commercial oilfield disposal facility in Converse County, Wyoming. Project consisted of designing and permitting of several off-channel pits and wastewater unloading facilities, including geosynthetic liners and leak detection systems.

Qualified Person (QP) for NI 43-101 Preliminary Economic Assessments for the Shirley Basin ISR Uranium Project, Lost Creek ISR Uranium property, and Gas Hills Uranium project.



# BEN SCHIFFER
## ENVIRONMENTAL DEPARTMENT MANAGER

## ABOUT ME

Ben Schiffer has been working as a geologist since 1995. During this time, he has focused on both surface and ground water hydrology, primarily in the Powder River Basin of Wyoming. Before joining WWC, he served as a field geologist for a major uranium producer and as a senior level geologist with a small consulting company. Mr. Schiffer has extensive experience in in-situ uranium mine permitting and feasibility. In his spare time, Mr. Schiffer operates his family ranch, running cow/calf pairs with his wife and twin boys.

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2015 - PRESENT | • Environmental Department Manager, WWC Engineering, Sheridan, WY |
| 2010 - 2015 | • Director, WWC Engineering Board, Sheridan, WY |
| 2004 - 2008 | • Senior Geologist/Project Manager, WWC Engineering, Sheridan, WY |
| 1999 - 2004 | • Geologist/Hydrogeologist, EDE Consultants, Sheridan, WY |
| 1995 - 1999 | • Geologist, Cogema Mining, Inc., Mills, WY |

## EDUCATION

**Bachelor of Arts, Geology**

Whitman College, 1995

## REGISTRATIONS AND CREDENTIALS

### PROFESSIONAL GEOLOGIST
Wyoming No. 3446

### PROFESSIONAL MEMBERSHIPS
- Wyoming State Geological Survey Advisory Board Member
- Society for Mining Metallurgy & Exploration, Registered Professional Member No. 4170811
- Wyoming Geological Association

### SPECIALIZED TRAINING
- Daniel B. Stephens & Associates, Inc., "Vadose Zone Hydrology: Principles & Practices", 2007
- Hageman, Purcell, Fassett, Brighton and Fox on Wyoming Water Laws and Regulations, 2013
- SME Mine Exchange Short Course, "Regulation S-K 1300, What You Need to Know", 2022

### PRESENTATIONS AND PUBLICATIONS
- NMA Uranium Recovery Workshops 2008-2023
- Geology, Petrology and geochemistry of a Section of the high Cascades of Mount McLoughlin, Oregon. 1995. KECK Geologic Consortium, the Eighth KECK Research Symposium in Geology (Abstracts Volume)
- Presented surface water quality data and monitoring results for the select streams in the Powder River Basin during the 2008 Governor's Natural Resource Tour
- "Permitting an In-Situ Recovery Uranium Project, Wyoming, USA", at the 13th Annual Energy Exposition and Symposium, 2012
- Panel Presenter on National Historic Preservation Act Process at 2013 NMA Uranium Workshop

### PRESENTATION AND PUBLICATIONS (CONT.)
- "Development and Implementation of Programmatic Agreements to Protect Cultural Resources: A Case Study from the Ross ISR Project", at the 2017 NMA Uranium Workshop
- "Application Development and Regulatory Review Process for Low pH ISR in Wyoming", at the 2019 NMA Uranium Workshop
- "Geochemical Model to Predict Aquifer Restoration Following Low pH In-Situ Uranium Recovery," Co-Author and presented at SME 2022, Mine Exchange
- "Regulatory Programs For In-Situ Uranium Resource Reporting: Square Peg in a Round Hole" at the 2023 NMA Uranium Workshop
- "Solution Mining of Trona: Old Concept Gaining New Life in Wyoming's KSLA," at the 2023 Central Wyoming Chapter Dinner

## PROJECT EXPERIENCE

### NEPA ANALYSIS

Project manager for multiple NEPA support documents as well as a multi-agency, complex EIS. Significant experience in NHPA compliance and its applicability to the NEPA process.

Technical Lead/Project Manager for a complex Atomic Safety Licensing Board (ASLB) hearing with multiple NEPA compliance contentions. The resulting ASLB decision was in full favor of WWC's client and was supported by the NRC Commission upon appeal by the interveners.



SERVICE · QUALITY · INTEGRITY

# PROJECT EXPERIENCE 

## PERMITTING

Project manager/permit coordinator for interdisciplinary team responsible for Strata Energy's Ross ISR Project uranium permit application and Kendrick Amendment. Responsible for all permitting activities and interdisciplinary team management. Permit applications submitted to multiple federal and state agencies on schedule and on budget. Continuous role as permit coordinator through receipt of permits and into compliance.

Provided expert witness geologic testimony before the Wyoming Oil and Gas Conservation Commission in support of increased density and drilling and spacing units on behalf of various operators in the Powder, Denver and Green River Basins.

Project Manager for an interdisciplinary team responsible for a new Permit to Mine (WDEQ/LQD) for a commercial solution mining project in southwest Wyoming. This first of its kind Permit was delivered in less than 11 months and under budget. Continued role as permit coordinator through technical review.

## FEASIBILITY

Independent Qualified Person on NI 43-101 assessment of Anatolia Energy's Temrezli ISR Project Preliminary Economic Study. Enabled raising of nearly six million dollars in capital to further advance the Project.

Independent Qualified Person on NI 43-101 Technical Report on Resources, Shirley Basin Uranium Project, Carbon County, Wyoming, USA. The full report is available at www.sedar.com.

Independent Qualified Person on NI 43-101 Preliminary Economic Assessment, Shirley Basin Uranium Project Carbon County, Wyoming, USA.

Independent Qualified Person on NI 43-101 Technical Report, Ludeman Uranium Project, Converse County, Wyoming, USA.

Independent Qualified Person on NI 43-101 Technical Report on Resources, Moore Ranch Uranium Project, Campbell County, Wyoming, USA.

Independent Qualified Person on NI 43-101 Technical Report on Resources, Allemand-Ross Uranium Project, Converse County, Wyoming, USA.

Competent Person on Lance Uranium Project Technical Report and Mineral Resource Estimate, Crook County, Wyoming, USA.

Independent Qualified Person on S-K 1300 Initial Assessment, Mineral Resource Report, Reno Creek Project, Campbell County, WY USA.

Managed and participated in multiple technical due diligence assessments on uranium projects in Wyoming, Texas and New Mexico. The primary focus of these assessments included asset evaluation, resources, environmental liability, mineability, and project economics.

## MINING

Developed detailed technical and equipment specifications for a hydrologic test well installation program at Anatolia Energy's Temrezli ISR Project. The well installation program was successfully implemented and completed within rigorous time constraints. The program included the first use of underreaming in Turkey and effectively transferred ISL well installation technology to a soon to be uranium producer/user.

Extensive experience with various aspects of hydrogeology including well design and installation, pump and piping designs, well monitoring, potentiometric surface development, aquifer testing and analysis and surface water monitoring.

Designed and installed numerous water/monitoring wells with a variety of drilling rig types including mud rotary, air rotary, reverse circulation, core, auger and direct push rigs.

Production/development drilling at Cogema's Christensen Ranch ISL Mine (now UEC's Willow Creek Mine) including planning well/ drillhole locations, data analysis and interpretation, and aquifer restoration. Completed log work-ups, roll-front mapping, reserve analysis, and daily, weekly and monthly drilling progress reports.

Significant experience in evaluating wellfield performance, aquifer characteristics and suitability for in-situ mining techniques as well as establishing baseline monitor well programs for mine permitting.

Assisted in the groundwater restoration planning and operations at Cogema's Texas Facilities, particularly at the Holiday-El Mesquite mine.

Conducted resource evaluations of the remaining ore trends at Pathfinder's Shirley Basin Mine.

Project Manager for multi-disciplinary teams responsible for the major revision to Permit to Mine No. 802 and source/byproduct materials license SUA-1601 to accommodate low pH in-situ uranium recovery.

Managed authorship of unique white paper entitled Low pH Uranium ISR, Historical Projects, Current Practices and Pathway to Future Use in Wyoming.

Contributing participant in WDEQ/LQD uranium workgroup and active with WMA Uranium Committee.

## OIL AND GAS

Oversees team of geologists and petroleum engineers in preparing exhibits and providing expert testimony for clients throughout Wyoming in support of establishment of drilling and spacing units. Expert witness in hundreds of examiner hearings and tens of hearings in front of the full Wyoming Oil and Gas Conservation Commission (WOGCC). Developed applications and provided testimony in support of multiple Class II UIC aquifer exemption hearings at the WOGCC. Expert testimony provided for most of hydrocarbon producing areas of Wyoming including PRB, GDB, Washakie Basin, Moxa Arch, Jonah Field and Pinedale Anticline.



# KIM VENTON
## ENVIRONMENTAL SCIENTIST

## ABOUT ME

Kim Venton has 19 years of experience in environmental resources, project planning, and permitting. Ms. Venton has been responsible for conducting studies ranging from site-specific to basin-wide. Ms. Venton has worked extensively with local, state and federal regulatory agencies to coordinate project planning, permitting, and construction, and to comply with ongoing monitoring and operational requirements. Since joining WWC, Ms. Venton has also applied her skills in these areas to oil and gas and mining projects.

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2022 - PRESENT | • Environmental Scientist, WWC Engineering |
| 2005 - 2017 | • Associate, Wood Rodgers, Sacramento, CA |
| 2000 - 2005 | • Staff Scientist, Luhdorff & Scalmanini Consulting Engineers Woodland, CA |

## EDUCATION

**Bachelor of Science, Physics**
UC San Diego, 1999

## PROJECT EXPERIENCE

### PERMITTING

Prepared successful permits applications for Wyoming Pollutant Discharge Elimination System (WYPDES) and Underground Injection Control Class II and Class V. Prepared Wyoming Department of Environmental Quality, Land Quality Division Permit to Mine (In Situ).

### MINING

Prepared NI 43-101 compliant mineral resource estimates and technical reports. Prepared drilling notifications and annual reports. Completed due diligence project data evaluation.

### GROUNDWATER

Compiled and analyzed hydrogeologic data and evaluated groundwater conditions. Completed groundwater quality studies, groundwater monitoring and management plans, feasibility studies, annual reports and environmental assessments. Prepared groundwater level contours and evaluated groundwater flow. Conducted groundwater modeling using both spreadsheets and modeling software

### WELLS

Designed exploratory drilling programs and prepared construction specifications for monitoring and production wells. Managed well rehabilitation, well modification, and well construction projects that included bidding, construction inspection, development, testing and final acceptance. Designed well and aquifer testing programs and analyzed the resulting data to assess well efficiency and obtain aquifer parameters.

### ENVIRONMENTAL MONITORING

Designed monitoring programs to meet project objectives. Evaluated monitoring data to identify changes over time, confirm compliance with operational objectives, and recommend additional actions as needed.



SERVICE · QUALITY · INTEGRITY

## PROJECT EXPERIENCE

