**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **POWDER RIVER BASIN RESOURCE COUNCIL and WESTERN WATERSHEDS PROJECT**, | |
| Plaintiffs, | |
| v. | |
| **U.S. DEPARTMENT OF THE INTERIOR and U.S. BUREAU OF LAND MANAGEMENT**, | Case No. 1:22-cv-2696-TSC |
| Defendants, | |
| and | |
| **STATE OF WYOMING, et al.**, | |
| Defendant-Intervenors. | |

## DECLARATION OF JESSE MARTIN

I, Jesse Martin, state as follows:

1.      I am Vice President at Rockies Resources Holdings LLC ("Rockies").  In this position, I manage all legal and regulatory aspects of oil and gas development, which includes the preparation, submission, and procurement of federal applications for permits to drill.

2.      Rockies is a small independent oil and gas operator.  Rockies is a member of the Petroleum Association of Wyoming.

3.      Between March and June 2024, Rockies submitted ten applications for permits to drill (APDs) to the Bureau of Land Management (BLM) for wells within the Converse County project area (the "Pending Wells").  The Pending Wells were scheduled to be drilled in October 2024 through February 2025.  These ten APDs represent approximately one year's worth of development activity for Rockies, which historically has drilled an average of 12 wells per year.

4.    BLM has not approved the Pending Wells because of the District Court's injunction prohibiting the BLM from approving these APDs in the September 13, 2024 order ("Injunction").

5.    The Injunction immediately adversely and materially impacted Rockies in multiple aspects as further described below.

   a.  Rockies was forced to demobilize (i.e., move) the drill rig out of the field and thus incurred additional costs of $150,000.

   b.  Additionally, the cessation of running a continuous drilling rig and subsequent completion crews results in a loss of operational efficiencies in both timing and scale ultimately increasing future costs by having to re-mobilize the equipment and personnel required to drill and complete the Pending Wells.

   c.  Furthermore, Rockies recently constructed a gas midstream line, at a cost of over $4,000,000, with the economic justification predicated on drilling and producing at minimum eight of the Pending Wells.  This gas midstream line is now an uneconomic venture and hinders Rockies' ability to deploy additional capital from its investors to oil and gas development where federal minerals are involved.

6.    In the event BLM is unable to approve APDs during a remand period of at least six months, Rockies will be further harmed in multiple respects:

   a.  Rockies has spent $1,150,000 on fee and federal oil gas leases that can only be fully developed with the approval of APDs for the Pending Wells.

   b.  Additionally, Rockies has spent $594,000 to date on the APDs and associated preliminary work associated for the permitting of the Pending Wells.  This

investment was made assuming the Pending Wells would be drilled and producing in a timely fashion.

c.  Furthermore, the agreements with owners of the surface on which the Pending Wells would be drilled ("surface use agreements") will begin to expire in September 2025 under their own terms due to lack of activity as required under the agreements.  These expirations result in wasted time and money associated with the procurement of these agreements and will require the agreements to be secured again, if the APD's for the Pending Wells are ultimately approved.

d.  Also, Rockies has multiple underlying contracts with third parties which require Rockies to drill some Pending Wells before March 2025 and the remaining Pending Wells before September 2026 within a set period.  Additional delays in drilling and producing the Pending Wells will trigger Rockies to breach covenants in the contracts, which may result in litigation between Rockies and the third parties.

e.  In addition, existing wells already produce from the same reservoir that the Pending Wells would produce; these existing wells are located near, and offset, the Pending Wells.  These existing wells are depleting the reservoir and continually decreasing the amount of ultimately recoverable oil and gas from the offset Pending Wells.  Additional delays in the drilling and production of the Pending Wells are causing the economics of the Pending Wells to continually decrease.  Unless Rockies is permitted to drill and produce the Pending Wells soon, the economic viability of the project is at risk.

f.  Rockies will employ approximately 104,000 contractor hours for the drilling and completion of the ten Pending Wells, which equate to 50 full-time jobs for one year (assuming 2,080 work hours per year per contractor). Further delays in approval of the Pending Well APDs will eventually result in the loss of future work for these contractors.

g.  Finally, BLM's inability to approve the Pending Wells will put the future viability of Rockies into jeopardy as underlying investors are losing confidence in the ability of Rockies to execute on planned development and meet investors' economic targets and thresholds. The decrease in Rockies' activity and funding may result in Rockies eliminating both employees and consultants and eventually require Rockies to liquidate its assets.

7.     Rockies does not have any approved APDs in or adjacent to the Converse County project area. Therefore, unless BLM approves the APDs for the Pending Wells, Rockies has no other approved APDs that it can drill in the Converse County project area.

8.     Rockies has drilled one groundwater well within the Converse County project area to source freshwater for its completion operations. Rockies' well produces water from a zone that is not typically utilized by farmers or ranchers; this zone that is deeper than the zones typically utilized by farmers and ranchers. Rockies is not aware of any impacts of this well on existing freshwater wells. Similarly, Rockies has not experienced any issues with drawdown from neighboring wells from its well.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 6th day of November, 2024.

Jesse Martin, Vice President Land
Rockies Resources Holdings LLC
12136 W. Bayaud Ave., Suite 320
Lakewood, CO 80228