IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **POWDER RIVER BASIN RESOURCE COUNCIL** and **WESTERN WATERSHEDS PROJECT**, <br><br> Plaintiffs, <br><br> v. <br><br> **U.S. DEPARTMENT OF THE INTERIOR** and **U.S. BUREAU OF LAND MANAGEMENT**, <br><br> Defendants, <br><br> and <br><br> **STATE OF WYOMING, et al.**, <br><br> Defendant-Intervenors. | Case No. 1:22-cv-2696-TSC |

## DECLARATION OF MARK BROWN

I, Mark Brown, state as follows:

1. I am Executive Vice President – Land and Business Development at WRC Energy, LLC (herein referred to as "WRC" or the "Company"). In this position, I manage WRC's regulatory initiatives, which include oversight of all the Company's federal permitting efforts within the Converse County project area.

2. The District Court's injunction prohibiting the Bureau of Land Management (BLM) from approving applications for permits to drill (APDs) in the September 13, 2024 order ("Injunction") adversely and materially impacted the Company.

3. WRC has submitted two federal APDs that BLM has not approved because of the Injunction. Specifically, WRC submitted APDs for the Tuesday Draw 3874-14-23-1SH (API No. 49-009-34897) and Tuesday Draw 3874-14-23-1FH (API No. 49-009-29945) wells

(collectively, "the Tuesday Draw Wells") to the Casper BLM Field Office on April 12, 2024. According to the BLM via the Automated Fluid Minerals Support System Reports (AFMSS), both APDs were accepted as complete on June 17, 2024. According to recent communication that WRC has had with the BLM Casper Field Office, BLM has completed its NEPA review, but BLM will not approve the APD because of the District Court's September 13, 2024 injunction.

      a.    The Wyoming Oil & Gas Conservation Commission ("WOGCC") has approved its own APDs (the "State APDs") for the Tuesday Draw Wells. One State APD will expire on August 23, 2025, and the other State APD will expire on May 31, 2026, unless one or both are otherwise extended or perpetuated by operations. In the event the federal APDs are not approved prior to the expiration of State APDs, WRC risks losing the right to drill the wells.

      b.    Further, delayed operations will irreparably harm WRC, in the form of lost and/or delayed production. Such lost and/or delayed production will also negatively impair all of the underlying royalty owners (including federally owned and privately owned mineral and royalty interest), through lost or delayed production revenue.

    4.    WRC submitted a federal APD for the Soldier Park 3875 3-10-1NH (API No 49-009-34003) well ("Soldier Park APD") on September 11, 2024. According to the BLM via AFMSS, the APD was accepted as complete on October 21, 2024. This same location is permitted with the WOGCC and, unless otherwise extended or perpetuated by operations, said State APD will expire on March 30, 2025. In the event the federal APD is not approved prior to the expiration of State APDs, WRC risks losing the right to drill the well. Further, delayed operations will irreparably harm WRC, in the form of lost and/or delayed production. Such lost and/or delayed production will also negatively impair all of the underlying royalty owners (including federally

owned and privately owned mineral and royalty interest), through lost or delayed production revenue.

5. The Injunction has limited WRC's ability to make necessary changes to approved APDs.

   a. WRC recently submitted a sundry notice to change the authorization in an approved BLM APD for the Lake Angeline 3974-22-27-1SH well. Specifically, WRC requested that the APD be modified to allow the well to develop the Frontier oil and gas formation rather than the Shannon oil and gas formation. This change would have no incremental surface impacts, not previously contemplated in the originally approved APD. The Casper BLM Field Office advised WRC it likely cannot approve the change because of the Injunction because the change would require BLM to rely on the Converse County Environmental Impact Statement (EIS) and Record of Decision (ROD) for compliance with the National Environmental Policy Act (NEPA).

   b. The Casper BLM Field Office has stated it is unable to extend APDs in accordance with BLM Instruction Memorandum No. 2023-11 (Nov. 21, 2022) while the Injunction is in effect. Thus, BLM will not extend any of WRC's 30 approved APDs because of the Injunction. BLM's inability to extend existing APDs will impact WRC's long-term development planning. Additionally, BLM's inability to extend existing APDs will impact the marketability of assets that might include the divestiture of leasehold and underlying federal APDs that need to be renewed. Given the scarcity of approved Federal APDs, the value of ready to drill/permitted leasehold demands a market premium.

6. WRC currently possesses 21 federally approved APDs that are located within the Converse County project area, and which the Company currently intends to drill within the next 24 months. Development of these 21 wells could easily occur sooner, if WRC is able to commit to

one or more additional rigs to expedite the Company's development plans. WRC, nor any other operator or project investor, could possibly forecast when or if BLM will be able to approve new APDs. This uncertainty is preventing WRC from making near-term decisions regarding long-term service contracts, which would need to be made to facilitate the Company's desire of growing the business through an expedited development program. WRC has invested considerably in Converse County, acquiring tens of thousands of mineral net acres of leasehold rights, under which it expected to drill, complete, and produce wells at locations and over a period of time of its choosing, based on its view of the technical merits and economics of each individual well project. The permitting of additional wells is critically necessary to facilitate the level of development that is required for WRC to obtain a reasonable return on its investment, and BLM's inability to approve new APDs jeopardizes WRC's ability to achieve the desired return on its investment.

7.  WRC has been actively preparing to file federal APDs for an additional 28 wells within the Converse County project area. Preparing an APD for submission to the BLM involves substantial work and expense. This work and these expenses include negotiating and compensating the fee property owner(s) for the access rights for the proposed surface location, conducting land surveys, planning wellbore development, preparing drilling plans, completing all necessary wildlife and cultural surveys and compiling all the required information and documentation to fully complete each application. For these 28 wells, much of this work and the associated expenses have already been incurred. Because of the Injunction, WRC must decide if it will continue pursuing these additional APDs and incurring additional expenses, including the BLM's non-refundable filing fee of $12,515 per APD. Regardless of whether WRC elects to incur additional expenses and submit the APDs to BLM, the Injunction prevents WRC from fully pursuing its long-term

development plans. A prolonged period in which BLM is unable to approve APDs (i.e., more than a few months) will stifle WRC's ability to grow its business as it would be able to do otherwise.

8.     The inability to obtain BLM-approved APDs within the Converse County project area will prevent WRC from drilling the oil and gas wells that must be drilled to perpetuate its federal, state and fee oil and gas leases that are in their primary terms. Within the Converse County project area, WRC owns approximately 11,000 net mineral acres of leasehold that will expire over the next several years if not timely developed.

9.     The Injunction indirectly and negatively impacts WRC's access to critical services and infrastructure. There is currently an enormous opportunity to be pursued by WRC and other operators, to drill, complete and produce a truly world-class reservoir within the Converse County project area; however, high service costs and restricted gas gathering and processing infrastructure are currently challenges that WRC and other operators are working to improve. Lowering the costs of drilling and completing wells and ensuring there is sufficient gas take away capacity are very achievable goals; however, both require significant capital investments. WRC is highly confident that these investments will come, so long as investors in such services and infrastructure maintain a high level of confidence that WRC and other operators will be able to timely drill and complete wells in the Converse County project area. BLM's inability to approve APDs within the Converse County project area for a prolonged period (i.e., more than a few months) will undoubtably lead to diminished investor confidence; as a result, the ability to achieve much-needed cost reductions and infrastructure buildout will be delayed, resulting in higher service costs and limited gas take-away capacity. As a direct consequence, fewer wells will be drilled, resulting in diminished production revenue for the State and for all mineral and royalty owners (state, fee and federally owned).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 6 day of November, 2024.

_____
Mark Brown
Executive Vice President – Land and Business Development
WRC Energy, LLC
1401 Seventeenth Street
Denver, Colorado 80202