IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| POWDER RIVER BASIN RESOURCE COUNCIL and WESTERN WATERSHEDS PROJECT,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR and U.S. BUREAU OF LAND MANAGEMENT,<br><br>Defendants,<br><br>and<br><br>STATE OF WYOMING, et al.,<br><br>Defendant-Intervenors. | Case No. 1:22-cv-2696-TSC |

### DECLARATION OF GLEN E. CHRISTIANSEN

I, Glen E. Christiansen, state as follows:

1. I am President and Chief Operating Officer at Peak Exploration & Production, LLC ("Peak Exploration"). In this position, I oversee the drilling and completion operations of the company and prepare our future development plans.

2. Through a wholly-owned subsidiary, Peak Powder River Resources, LLC, Peak Exploration operates the INOT Federal Unit, comprising 9,600 acres in Converse County, Wyoming.

3. Peak Exploration is a member of the Petroleum Association of Wyoming.

4. Peak Exploration had a six-well drilling program in Converse County scheduled to begin in early 2025 in the INOT Unit.

5. Peak Exploration has submitted the applications for permits drill (APDs) to the Bureau of Land Management (BLM) for three of these wells and anticipated that the BLM would approve these APDs in November 2024; however, the BLM cannot approve them because of the District Court's September 13, 2024 order enjoining the BLM from approving APDs that rely on the Converse County Project Environmental Impact Statement and Record of Decision ("Injunction"). Peak Exploration has prepared the other three APDs but has not submitted them because of the Injunction. Peak Exploration has expended approximately $123,000 to prepare and submit the APDs and undertake the necessary surveys.

6. Each well requires a capital expenditure of approximately $8 million to $9 million dollars; thus, we estimate the six-well program will require a capital expenditure of approximately $51 million.

7. Peak Exploration anticipates that the six wells will be highly productive and estimates the wells would produce approximately 200,000 barrels of oil or its equivalent over a 12-month period. Assuming prices of $70 per barrel of oil and $2.50 per mcf of natural gas, Peak Energy forecasted each well would yield $12.9 million in oil revenue and $40,000 in natural gas revenue in the first year.

8. If Peak Exploration cannot drill these wells and begin production in 2025, it estimates it will lose approximately $77.4 million in revenue during 2025.

9. If the District Court lifts the Injunction and allows the BLM to approve APDs going forward, Peak Exploration will submit the remaining three APDs and may reschedule the six-well drilling program for late 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 7th day of November, 2024.

_____
Glen E. Christiansen
Peak Exploration & Production, LLC
1910 Main Avenue
Durango CO 81301

3