IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **POWDER RIVER BASIN RESOURCE COUNCIL and WESTERN WATERSHEDS PROJECT,**<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. DEPARTMENT OF THE INTERIOR and U.S. BUREAU OF LAND MANAGEMENT,**<br><br>Defendants,<br><br>and<br><br>**STATE OF WYOMING, et al.,**<br><br>Defendant-Intervenors. | Case No. 1:22-cv-2696-TSC |

## DECLARATION OF HUNT WALKER

I, Hunt Walker, state as follows:

1. I am Senior Vice President – Land at Sage Butte Energy, LLC and Sage Butte PRB Operating, LLC, which is the operating entity for various Sage Butte entities. Collectively, these entities are referred to as "Sage Butte." In my position, I am part of the team that submits applications for permits to drill (APDs) in Converse County, Wyoming, to the Bureau of Land Management (BLM). I advise Sage Butte's geologists, engineers, and regulatory specialists to identify locations Sage Butte should target for permitting based on its working interest ownership in oil and gas leases, lease expiration status, and ownership of the surface on which Sage Butte will be locating well pads and access roads. I also work with the wildlife specialists who Sage Butte engages to conduct wildlife surveys as part of the National Environmental Policy Act (NEPA) process.

2. Sage Butte is a member of the Petroleum Association of Wyoming.

3. Sage Butte acquired its interests in Converse County in August 2023 when it acquired Northwoods Energy, LLC ("Northwoods Energy"). Converse County is the only place where Sage Butte is drilling.

4. Sage Butte currently is drilling wells in Converse County project area using Precision Drilling Rig #720. We are currently drilling the fourth well of a planned 14-well program within the Converse County project area.

5. Sage Butte has an inventory of 60 approved federal APDs from its acquisition of Northwoods Energy. Seventeen of these APDs expire in November and December 2024; 43 of these APDs expire in 2025.

6. The District Court's September 13, 2024 order enjoining BLM from approving APDs based on the Converse County Environmental Impact Statement (EIS) and Record of Decision (ROD) has prevented Sage Butte from modifying two approved APDs that expire on May 11, 2025.

   a. Sage Butte sought BLM's approval to modify two APDs to allow the approved wells to be drilled to slightly different bottom hole locations and oil and gas formations. Typically, BLM approves such changes to an APD with a sundry notice, BLM Form 3160-5, rather than requiring the applicant to submit a new APD. Before BLM approves such a sundry notice, BLM ensures that the action has been analyzed as required by the National Environmental Policy Act (NEPA).

   b. Sage Butte submitted sundry notices to BLM requesting to change the underground ("bottom hole") locations of two wells, the Elm 07W19-5NH and Elm 07W19-2SH, for which Sage Butte has approved APDs. The two approved

wells would be drilled south into Sections 18 and 19 of Township 39 North, Range 74 West.

c. With respect to the Elm 07W19-5NH well, the proposed well path in the sundry notice is identical to the well path in the approved APD, up until the last 2,000 feet of the lateral wellbore, when it shifts to a bottom hole approximately 1,000 feet west of the of the approved APD's bottom hole location. With respect to the Elm 07W19-2SH well, the proposed well path in the sundry notice runs down the middle of the spacing unit, while the well path in the approved APD runs down the eastern edge of the spacing unit. In the sundry notice, Sage Butte also proposed to change the oil and gas formation that the Elm 07W19-2SH well would develop from the Niobrara formation, as approved in the APD, to the Shannon formation. In both cases, the sundry notice does not propose to change the surface locations that the original APDs approved.

d. BLM advised Sage Butte that BLM would not approve the changes proposed in the sundry notices. BLM explained that, because its sundry notice approvals must comply with NEPA, BLM viewed the approvals as prohibited by the District Court's September 13, 2024 order.

e. Sage Butte had planned to drill a third well from the same pad as the two other wells. However, because Sage Butte cannot drill the two other wells, Sage Butte cannot efficiently drill the third well.

f. Sage Butte had planned to commence drilling the wells on January 5, 2025. The wells each cost an average of $12 million to drill. If Sage Butte is unable to drill these wells as scheduled, Sage Butte will not expend approximately $36 million

in early 2025. Thus, the State of Wyoming and Converse County will not collect $1.8 million (five percent) in sales taxes on these expenditures.

7. Many of the 43 APDs expiring in 2025 are not located in places that Sage Butte now views as prospective to drill. Since those APDs were first submitted approximately five years ago, Sage Butte has learned more about the geology of the field. If Sage Butte drilled the wells approved by these APDs, the wells would not be as productive as other wells Sage Butte could drill elsewhere, leading to imprudent capital expenditures and unnecessary surface impacts.

8. Sage Butte's management has a pool of investors who are interested in drilling additional wells continuously for the next several years.

9. Sage Butte is beginning to prepare additional APDs to submit to BLM that will add to Sage Butte's APD inventory and allow Sage Butte to drill continuously.

10. There is a long lead time in obtaining BLM's approval of APDs, from a minimum of three months to more than 12 months. Based on Sage Butte's experience, I estimate that BLM takes approximately 12 months to approve an APD.

11. Many of the prospective areas in which Sage Butte desires to drill are subject to wildlife stipulations that prohibit construction, drilling, and completion activities between February 1 and July 31 of each year. These stipulations drastically limit Sage Butte's ability to develop its field and makes acquiring new APDs in non-stipulated areas more important to preserve a year-round drilling program. To keep a drilling rig running continuously, an operator such as Sage Butte needs to construct, drill, and complete wells in areas subject to wildlife stipulations only between August 1 and January 31 each year, and then develop APDs in areas that are not subject to wildlife stipulations between February 1 and July 31 each year.

12. Without new APD approvals, Sage Butte likely will shut down its drilling activities sometime in mid-2025. Because Sage Butte is only active in Converse County, it has no other places to deploy investment capital.

13. A shut down will lead to the layoffs of the Precision #720 Rig crew, and all the ancillary personnel that make a rig a working piece of equipment.

14. Without APDs or an active drilling program, Sage Butte may lose momentum with its investors. I cannot predict what investors will do with their capital if Sage Butte lacks drilling opportunities.

15. If BLM could not approve APDs in the Converse County project area for more than a year, it is unknown if Sage Butte's owners would lay off staff in its headquarters office that is tasked with new drilling (landmen, drilling engineer, completion engineer, geologist, geophysicist, accountants processing invoices).

16. Future revenues will drop significantly with a shut-down of the drilling program, because much of the revenue from a well occurs in the first year of its producing life.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 6th day of November, 2024.

*/s/ Hunt Walker*
Hunt Walker
Sage Butte Energy, LLC
999 18th Street, Suite 2500
Denver, CO 80202