UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| POWDER RIVER BASIN RESOURCE COUNCIL et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR et al., <br><br> *Defendants,* <br><br> and <br><br> STATE OF WYOMING, et al., <br><br> *Defendant-Intervenors.* | Case No. 1:22-cv-02696-TSC |

## DECLARATION OF GREGORY J. GRAHAM

I, Gregory J. Graham, declare as follows:

1. I have personal knowledge of all matters stated in this declaration. I am over 18 years of age.

2. I reside in Parker, Colorado. I have been an Oil & Gas Operator for over four decades. I am retired and my income depends on certain leasehold interests I own throughout Converse County, Wyoming.

3. I / my family owns oil and gas rights within Converse County under The Joanne Graham Revocable Trust and J & J Operating, LLC. I have been involved in the development of the mineral resources underlying the lands in which I/my family have had oil and gas interests for many years.

DECLARATION OF GREGORY J. GRAHAM - 1

4. I depend on the income from oil-and-gas development. I own certain leasehold interest in the following Townships in Converse County, Wyoming:

37N-71W, 36N-71W, 38N-71W, 40N-73W, 39N-73W, 37N-74W, 36N-75W, 37N-75W.

5. I am familiar with the "checkerboard" nature of federal, state, and private surface and mineral ownership in Wyoming. Because of this ownership pattern, and the use of long horizontal wells, oil-and-gas wells are often producing from multiple leases owned by different parties.

6. I am generally familiar with this lawsuit and I understand that Plaintiffs are asking the Court to prohibit further development of oil and gas as part of the Converse County Oil and Gas Project (the "Project"), an oil-and-gas development project in Wyoming's Powder River Basin which the U.S. Bureau of Land Management ("BLM") approved in 2020 after completing an Environmental Impact Statement ("EIS").

7. I understand that the Court issued an order on September 13, 2024 that prohibited BLM from granting companies any new drilling permits, known as "APDs," that are based on the analysis in that EIS. I also understand that the Court will now decide whether the Project and oil-and-gas development in the Project area can proceed while BLM corrects the one error in the EIS that the Court identified in its September order.

8. Any order that halts federal oil-and-gas development in Converse County would also delay or halt my ability to develop my private mineral interests because of the checkerboard nature of the ownership interests. Specifically in the following Townships:

36N-71W, 37N-71W, & 38N-71W.

9. Putting development on hold would prevent me from obtaining royalties on produced oil and gas and further prohibit my ability to generate an income as a non-operating

DECLARATION OF GREGORY J. GRAHAM - 2

working interest partner with Anschutz Exploration Corporation and other operators in Converse County.

* * *

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing true and correct to the best of my knowledge.

Executed on ~~October~~ November 11th, 2024, in Douglas County, Colorado.

/s/ _____
Gregory J. Graham

33400107_v1

DECLARATION OF GREGORY J. GRAHAM - 3