## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **POWDER RIVER BASIN RESOURCE COUNCIL and WESTERN WATERSHEDS PROJECT**, | |
| Plaintiffs, | |
| v. | |
| **U.S. DEPARTMENT OF THE INTERIOR and U.S. BUREAU OF LAND MANAGEMENT**, | |
| Defendants, | Case No. 1:22-cv-2696-TSC |
| and | |
| **STATE OF WYOMING; CONTINENTAL RESOURCES, INC.; DEVON ENERGY PRODUCTION COMPANY, L.P.; ANSCHUTZ EXPLORATION CORPORATION; and PETROLEUM ASSOCIATION OF WYOMING** | |
| Defendant-Intervenors. | |

### NOTICE OF APPEAL

Notice is hereby given that Continental Resources, Inc. ("Continental") and Devon Energy Production Company, L.P. ("Devon") in the above-captioned case hereby appeal to the United States Court of Appeals for the District of Columbia from the Order of the District Court entered in this action on September 13, 2024 (ECF No. 131)—granting in part Plaintiffs' motion for summary judgment, denying Defendants' cross motion for summary judgment, denying Defendant-Intervenors' cross motion for summary judgment, and denying the State of Wyoming's

cross motion for summary judgment—and from the associated Memorandum Opinion also entered on September 13, 2024 (ECF No. 130).

Pursuant to FRAP 3(c)(6), Continental and Devon specifically appeal from the portion of the Court's September 13, 2024, Order (ECF No. 131) enjoining BLM from approving further Applications for Permits to Drill ("APD") based on the deficient Environmental Impact Statement ("EIS") pending further order of the Court, and from the portion of the Court's September 13, 2024, Memorandum Opinion (ECF No. 130) related to the same interim injunction. 28 U.S.C. § 1292(a)(1).

Respectfully submitted this 12th day of November, 2024.

/s/ *L. Poe Leggette*
L. Poe Leggette (D.C. Bar No. 430136)
Bailey A. Bridges
Baker & Hostetler LLP
811 Main St., Suite 1100
Houston, Texas 77002
Telephone: 303.861.0600
Facsimile: 303.861.7805
pleggette@bakerlaw.com
bbridges@bakerlaw.com

Alexander K. Obrecht (CO. Bar No. 46937)
Baker & Hostetler LLP
1801 California Street, Suite 4400
Denver, Colorado 80202-2662
Telephone: 303.861.0600
Facsimile: 303.861.7805
aobrecht@bakerlaw.com

*Attorneys for Defendant-Intervenors*
*Continental Resources, Inc. and Devon*
*Energy Production Company, L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of November, 2024, I electronically filed the forgoing

**NOTICE OF APPEAL** with the Clerk of the Court for the United States District Court for the

District of Columbia, using the CM/ECF System, which will send notice of such filing to the

registered CM/ECF users listed below:

| | |
|---|---|
| **Plaintiffs**<br>Powder River Basin Resource Council<br><br>Western Watersheds Project | **Todd C. Tucci**<br>ADVOCATES FOR THE WEST<br>P.O. Box 1612<br>Boise, ID 83702<br>(208) 342-7024<br>Email: ttucci@advocateswest.org<br><br>**Hannah A. Goldblatt**<br>ADVOCATES FOR THE WEST<br>3701 SE Milwaukie Avenue<br>Suite B<br>Portland, OR 97202<br>(503) 914-6388<br>Email: hgoldblatt@advocateswest.org<br><br>**Sarah K. Stellberg**<br>ADVOCATES FOR THE WEST<br>P.O. Box 1612<br>Boise, ID 83701<br>208-342-7024<br>Email: sstellberg@advocateswest.org |
| **Defendants**<br>U. S. Department of Interior<br><br>U.S. Bureau of Land Management | **Michael Keith Robertson**<br>DOJ-ENRD<br>150 M Street, NE<br>Washington, DC 20002<br>202-305-9609<br>Email: michael.robertson@usdoj.gov |
| **Defendant-Intervenor**<br><br>State of Wyoming | **D. David DeWald**<br>WYOMING ATTORNEY GENERAL'S<br>OFFICE<br>109 State Capitol<br>Cheyenne, WY 82002<br>307-777-6199<br>Fax: 307-777-3542<br>Email: david.dewald@wyo.gov |

4854-3529-5480.1

| | **Shannon Leininger**<br>WYOMING ATTORNEY GENERAL'S OFFICE<br>Water & Natural Resources Division<br>109 State Capitol<br>Cheyenne, WY 82002<br>307-777-5780<br>Email: shannon.leininger@wyo.gov |
|---|---|
| **Defendant-Intervenor**<br>Petroleum Association of Wyoming | **Mark E. Champoux**<br>DAVIS GRAHAM & STUBBS LLP<br>1550 17th Street, Suite 500<br>Denver, CO 80202<br>303-892-7493<br>Email: mark.champoux@davisgraham.com<br><br>**Kathleen C. Schroder**<br>DAVIS GRAHAM & STUBBS LLP<br>1550 17th Street, Suite 500<br>Denver, CO 80202<br>303-892-9400<br>Email: katie.schroder@davisgraham.com |
| **Intervenor-Defendant**<br>Anschutz Exploration Corporation | **Andrew C. Lillie**<br>HOLLAND & HART LLP<br>555 17th Street, Suite 3200<br>Denver, CO 80202<br>303-295-8121<br>Email: aclillie@hollandhart.com<br><br>**Kristina R. Van Bockern**<br>Holland & Hart LLP<br>555 17th Street, Suite 3200<br>Denver, CO 80202<br>303-295-8107<br>Email: trvanbockern@hollandhart.com<br><br>**Mark D. Gibson**<br>HOLLAND & HART LLP<br>1800 Broadway, Suite 300<br>Boulder, CO 80302<br>303-473-4837<br>Email: mdgibson@hollandhart.com |

/s/ *L. Poe Leggette*
L. Poe Leggette

4854-3529-5480.1