IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| POWDER RIVER BASIN RESOURCE COUNCIL and WESTERN WATERSHEDS PROJECT,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF THE INTERIOR and U.S. BUREAU OF LAND MANAGEMENT,<br><br>    Defendants,<br><br>    and<br><br>STATE OF WYOMING, et al.,<br><br>    Defendant-Intervenors. | Case No. 1:22-cv-2696-TSC |

**PLAINTIFFS' RESPONSE TO DEFENDANT-INTERVENORS' REQUEST FOR EXTENSION TO RESPOND TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED AND SUPPLEMENTAL COMPLAINT (ECF NO. 157)**

Plaintiffs submit this response to Defendant-Intervenors' Request for Extension to Respond to Plaintiffs' Motion for Leave to File Second Amended and Supplemental Complaint (ECF No. 157). Intervenors seek an extension of their deadline to respond to Plaintiffs' motion to match Federal Defendants' deadline, which was extended due to the government shutdown pursuant to Standing Order 25-55. *See* In re: Stay of Civil Proceedings Involving the United States in Light of Lapse of Appropriations, Standing Order No. 25-55 (Oct. 1, 2025) (Boasberg, C.J.). As grounds, Intervenors indicate that they "require extra time to properly analyze" the

proposed second amended and supplemental complaint and to coordinate with Federal Defendants on their response. ECF No. 157 at 2.

On November 12, 2025, the President signed a funding bill that ended the lapse in appropriations. Plaintiffs' Motion for Leave to File Second Amended and Supplemental Complaint (ECF No. 155) was filed on November 5, 2025. Accordingly, there was a lapse in appropriations for eight days during the pendency of that motion. Under Standing Order No. 25-55, Federal Defendants' response to that motion would appear to be due no later than Monday, December 8 (18 days beyond the ordinary 14-day response deadline under Local Rule 7(b)).

Plaintiffs do not oppose Intervenors' request for an extension but respectfully request that Intervenors' response deadline be set no later than Tuesday, December 2, 2025. Staggering the briefing in this fashion will avoid unfair prejudice to Plaintiffs from having to review and draft replies to three separate response briefs in a seven-day period. It will also give Intervenors a prolonged 27-day period in which to work on their response briefs; allow for coordination between Intervenors and Federal Defendants; and better avoid duplication by allowing Federal Defendants to review the completed briefs of Intervenors to avoid any repetitious facts or law, or join arguments where appropriate.

If the Court permits Intervenors to file simultaneously with Federal Defendants on December 8, 2025, Plaintiffs respectfully request that their reply deadline be extended by four days to December 19, 2025, to allow sufficient time for Plaintiffs to reply to all three briefs.[1]

---

[1] In light of the spending bill enacted yesterday, Plaintiffs have withdrawn their request for relief from Standing Order 25-55.

Respectfully submitted this 13th day of November 2025.

/s/ *Hannah Goldblatt*
Hannah A. Goldblatt (OR Bar # 205324)*
Sarah Stellberg (ID Bar # 10538)*
Todd C. Tucci (D.C. Bar # ID0001)
**admitted pro hac vice*
ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, ID 83702
(208) 342-7024
hgoldblatt@advocateswest.org
sstellberg@advocateswest.org
ttucci@advocateswest.org

Attorneys for Plaintiffs