AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia  ▾

| | |
|---|---|
| POWDER RIVER BASIN RESOURCE COUNCIL<br>*Plaintiff*<br>v.<br>U.S. DEPARTMENT OF THE INTERIOR<br>*Defendant* | )<br>)<br>)<br>)<br>) |

Case No.   22-cv-02696-TSC

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The State of Wyoming                                                                                      .

Date:     11/18/2025

_____/s/ Ethan Paddison_____
*Attorney's signature*

_____Ethan Paddison WSB  8-7456_____
*Printed name and bar number*
Attorney General's Office
109 State Capitol
Cheyenne, WY 82002

_____
*Address*

_____ethan.paddison@wyo.gov_____
*E-mail address*

_____(307) 777-7895_____
*Telephone number*

_____(307) 777-3542_____
*FAX number*