APPEAL,CLOSED,TYPE–C

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: <u>1:22–cv–02696–TSC</u>
### *Internal Use Only*

| | |
|---|---|
| POWDER RIVER BASIN RESOURCE COUNCIL et al v. DEPARTMENT OF THE INTERIOR et al | Date Filed: 09/07/2022 |
| Assigned to: Judge Tanya S. Chutkan | Date Terminated: 03/02/2026 |
| Case: 1:22–cv–01716–TSC | Jury Demand: None |
| Case in other court: USCA, 24–05268 | Nature of Suit: 893 Environmental Matters |
| USCA, 26–05093 | Jurisdiction: U.S. Government Defendant |
| USCA, 26–05119 | |
| USCA, 26–05120 | |
| USCA, 26–05141 | |
| USCA, 26–05142 | |
| USCA, 26–05143 | |

Cause: 05:551 Administrative Procedure Act

**Plaintiff**

| | | |
|---|---|---|
| **POWDER RIVER BASIN RESOURCE COUNCIL** | represented by | **Todd C. Tucci** |
| | | ADVOCATES FOR THE WEST |
| | | P.O. Box 1612 |
| | | Boise, ID 83702 |
| | | (208) 342–7024 |
| | | Email: ttucci@advocateswest.org |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Hannah A. Goldblatt** |
| | | ADVOCATES FOR THE WEST |
| | | 2512 SE 25th Ave |
| | | Suite 304 |
| | | Portland, OR 97202 |
| | | 503–506–5131 |
| | | Email: hgoldblatt@advocateswest.org |
| | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Sarah K. Stellberg** |
| | | ADVOCATES FOR THE WEST |
| | | P.O. Box 1612 |
| | | Boise, ID 83701 |
| | | 208–342–7024 |
| | | Email: sstellberg@advocateswest.org |
| | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

**WESTERN WATERSHEDS PROJECT**                     represented by    **Todd C. Tucci**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Hannah A. Goldblatt**
                                                                    (See above for address)
                                                                    *PRO HAC VICE*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Sarah K. Stellberg**
                                                                    (See above for address)
                                                                    *PRO HAC VICE*
                                                                    *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**U.S. DEPARTMENT OF INTERIOR**                    represented by    **Michael Keith Robertson**
                                                                    DOJ–ENRD
                                                                    150 M Street, NE
                                                                    Washington, DC 20002
                                                                    202–598–3835
                                                                    Email: michael.robertson@usdoj.gov
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**U.S. BUREAU OF LAND MANAGEMENT**                 represented by    **Michael Keith Robertson**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Movant**

**CONTINENTAL RESOURCES, INC.**                    represented by    **Alexander K. Obrecht**
                                                                    BAKER & HOSTETLER LLP
                                                                    1801 California Street
                                                                    Suite 4400
                                                                    Denver, CO 80202
                                                                    (303) 861–0600
                                                                    Fax: (303) 861–7805
                                                                    Email: aobrecht@bakerlaw.com
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **L. Poe Leggette**
                                                                    BAKER & HOSTETLER LLP
                                                                    1801 California Street
                                                                    Suite 4400

2

Denver, CO 80202
(303) 861−0600
Fax: (303) 861−7805
Email: pleggette@bakerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**DEVON ENERGY PRODUCTION COMPANY, L.P.**          represented by    **Alexander K. Obrecht**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**L. Poe Leggette**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**STATE OF WYOMING**          represented by    **D. David DeWald**
WYOMING ATTORNEY GENERAL'S OFFICE
109 State Capitol
Cheyenne, WY 82002
307−777−6199
Fax: 307−777−3542
Email: david.dewald@wyo.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shannon Leininger**
WYOMING ATTORNEY GENERAL'S OFFICE
Water & Natural Resources Division
109 State Capitol
Cheyenne, WY 82002
307−777−5780
Fax: 307−777−3542
Email: shannon.leininger@wyo.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Travis S. Jordan**
WYOMING ATTORNEY GENERAL'S OFFICE
Water & Natural Resources Division
2320 Capitol Ave
Cheyenne, WY 82002
307−777−3539
Fax: 307−777−3542
Email: tsjordan@wyoming.com

*TERMINATED: 09/26/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan David Paddison**
WYOMING ATTORNEY GENERAL'S
OFFICE
Natural Resource Division
2424 Pioneer Ave
Ste 206
Cheyenne, WY 82002
307−777−3442
Email: ethan.paddison@wyo.gov
*ATTORNEY TO BE NOTICED*

**Movant**

**PETROLEUM ASSOCIATION OF**          represented by    **Mark E. Champoux**
**WYOMING**                                              DAVIS GRAHAM & STUBBS LLP
                                                         3400 Walnut Street
                                                         Ste 700
                                                         Denver, CO 80205
                                                         303−892−7493
                                                         Fax: 303−893−1379
                                                         Email: mark.champoux@davisgraham.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Kathleen C. Schroder**
                                                         DAVIS GRAHAM & STUBBS LLP
                                                         3400 Walnut Street
                                                         Ste 700
                                                         Denver, CO 80205
                                                         303−892−9400
                                                         Fax: 303−893−1379
                                                         Email: katie.schroder@davisgraham.com
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

**Intervenor**

**ANSCHUTZ EXPLORATION**               represented by    **Andrew C. Lillie**
**CORPORATION**                                          HOLLAND & HART LLP
                                                         555 17th Street
                                                         Suite 3200
                                                         Denver, CO 80202
                                                         303−295−8121
                                                         Email: aclillie@hollandhart.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Kristina R. Van Bockern**
                                                         Holland & Hart LLP

555 17th Street
Suite 3200
Denver, CO 80202
303–295–8107
Fax: 720–545–9952
Email: trvanbockern@hollandhart.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark D. Gibson**
HOLLAND & HART LLP
1800 Broadway
Suite 300
Boulder, CO 80302
303–473–4837
Email: MDGibson@hollandhart.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

| | | |
|---|---|---|
| **DEVON ENERGY PRODUCTION COMPANY, L.P.** | represented by | **Alexander K. Obrecht**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **L. Poe Leggette**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Cross Claimant**

| | | |
|---|---|---|
| **CONTINENTAL RESOURCES, INC.** | represented by | **Alexander K. Obrecht**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **L. Poe Leggette**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Cross Defendant**

| | | |
|---|---|---|
| **U.S. DEPARTMENT OF INTERIOR** | represented by | **Michael Keith Robertson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Cross Defendant**

| | | |
|---|---|---|
| **U.S. BUREAU OF LAND MANAGEMENT** | represented by | **Michael Keith Robertson** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **DEVON ENERGY PRODUCTION COMPANY, L.P.** | represented by | **Alexander K. Obrecht** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **L. Poe Leggette** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **CONTINENTAL RESOURCES, INC.** | represented by | **Alexander K. Obrecht** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **L. Poe Leggette** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| | | |
|---|---|---|
| **POWDER RIVER BASIN RESOURCE COUNCIL** | represented by | **Todd C. Tucci** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Hannah A. Goldblatt** <br> (See above for address) <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |
| | | **Sarah K. Stellberg** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Counter Defendant**

| | | |
|---|---|---|
| **WESTERN WATERSHEDS PROJECT** | represented by | **Todd C. Tucci** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Hannah A. Goldblatt**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah K. Stellberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/07/2022 | 1 | COMPLAINT against All Defendants ( Filing fee $ 402 receipt number ADCDC−9496889) filed by POWDER RIVER BASIN RESOURCE COUNCIL, WESTERN WATERSHEDS PROJECT. (Attachments: # 1 Civil Cover Sheet, # 2 Summons, # 3 Summons)(Tucci, Todd) (Entered: 09/07/2022) |
| 09/07/2022 | 2 | NOTICE OF RELATED CASE by All Plaintiffs. Case related to Case No. 22−cv−1716. (Tucci, Todd) (Entered: 09/07/2022) |
| 09/07/2022 | 3 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by POWDER RIVER BASIN RESOURCE COUNCIL (Tucci, Todd) (Entered: 09/07/2022) |
| 09/07/2022 | 4 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by WESTERN WATERSHEDS PROJECT (Tucci, Todd) (Entered: 09/07/2022) |
| 09/07/2022 | 5 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Sarah K. Stellberg, Filing fee $ 100, receipt number ADCDC−9498182. Fee Status: Fee Paid. by POWDER RIVER BASIN RESOURCE COUNCIL, WESTERN WATERSHEDS PROJECT. (Attachments: # 1 Declaration of Sarah K. Stellberg, # 2 Certificate of Good Standing, # 3 Text of Proposed Order)(Tucci, Todd) (Entered: 09/07/2022) |
| 09/08/2022 | 6 | SUMMONS(2) Issued Electronically as to All Defendants. (Attachment: # 1 Notice and Consent)(zmrl) (Entered: 09/08/2022) |
| 09/08/2022 |  | NOTICE OF ERROR re 1 Complaint; emailed to ttucci@advocateswest.org, cc'd 1 associated attorneys −− The PDF file you docketed contained errors: 1. Missing summonses−government. When naming a government agent or agency as a defendant, you must supply a summons for each defendant & two additional summonses for the U.S. Attorney & U.S. Attorney General. Please submit using the event Request for Summons to Issue., 2. **COMPLIANCE DEADLINE is by close of business today. This case will not proceed any further until all errors are satisfied.** (zmrl, ) (Entered: 09/08/2022) |
| 09/08/2022 | 7 | REQUEST FOR SUMMONS TO ISSUE filed by POWDER RIVER BASIN RESOURCE COUNCIL, WESTERN WATERSHEDS PROJECT. (Attachments: # 1 Summons)(Tucci, Todd) (Entered: 09/08/2022) |
| 09/09/2022 |  | Case Assigned to Judge Tanya S. Chutkan. (zmrl) (Entered: 09/09/2022) |
| 09/09/2022 | 8 | SUMMONS Issued Electronically as to All Defendants, U.S. Attorney and U.S. Attorney General (Attachment: # 1 Notice and Consent)(zmrl) (Entered: 09/09/2022) |
| 09/12/2022 | 9 |  |

| | | |
|---|---|---|
| | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Hannah A. Goldblatt, Filing fee $ 100, receipt number ADCDC–9510538. Fee Status: Fee Paid. by POWDER RIVER BASIN RESOURCE COUNCIL, WESTERN WATERSHEDS PROJECT. (Attachments: # 1 Declaration of Hannah A. Goldblatt In Support of Motion to Appear Pro Have Vice, # 2 Certificate of Good Standing, # 3 Text of Proposed Order)(Tucci, Todd) (Entered: 09/12/2022) |
| 09/13/2022 | | MINUTE ORDER granting 5 , 9 *Motions for Leave to Appear Pro Hac Vice* as to **Sarah K. Stellberg** and **Hannah A. Goldblatt**.<br><br>**Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Tanya S. Chutkan on 9/13/2022. (lcac) (Entered: 09/13/2022) |
| 09/13/2022 | 10 | NOTICE of Appearance by Sarah K. Stellberg on behalf of All Plaintiffs (Stellberg, Sarah) (Entered: 09/13/2022) |
| 09/14/2022 | 11 | NOTICE of Appearance by Hannah A. Goldblatt on behalf of All Plaintiffs (Goldblatt, Hannah) (Entered: 09/14/2022) |
| 09/26/2022 | 12 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 9/19/2022. Answer due for ALL FEDERAL DEFENDANTS by 11/18/2022. (Attachments: # 1 Exhibit Certified Mail Receipts)(Stellberg, Sarah) (Entered: 09/26/2022) |
| 09/26/2022 | 13 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General 9/19/2022. (Attachments: # 1 Exhibit Certified Mail Receipts)(Stellberg, Sarah) (Entered: 09/26/2022) |
| 09/26/2022 | 14 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. DEPARTMENT OF THE INTERIOR served on 9/19/2022; U.S. BUREAU OF LAND MANAGEMENT served on 9/16/2022 (Attachments: # 1 Exhibit Certified Mail Receipts)(Stellberg, Sarah) (Entered: 09/26/2022) |
| 09/28/2022 | 15 | NOTICE of Appearance by Michael Keith Robertson on behalf of All Defendants (Robertson, Michael) (Entered: 09/28/2022) |
| 11/01/2022 | 16 | NOTICE of Appearance by L. Poe Leggette on behalf of CONTINENTAL RESOURCES, INC., Devon Energy Production Company, L.P. (Leggette, L.) (Entered: 11/01/2022) |
| 11/01/2022 | 17 | ENTERED IN ERROR.....RULE 26a1 STATEMENT. (Leggette, L.) Modified on 11/2/2022 refiled by counsel at entry 18 (zjm). (Entered: 11/01/2022) |
| 11/01/2022 | 18 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by CONTINENTAL RESOURCES, INC. (Leggette, L.) (Entered: 11/01/2022) |
| 11/01/2022 | 19 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by Devon Energy Production Company, L.P. (Leggette, L.) (Entered: 11/01/2022) |
| 11/01/2022 | 20 | MOTION to Intervene *as Defendants* by CONTINENTAL RESOURCES, INC., Devon Energy Production Company, L.P.. (Attachments: # 1 Memorandum in |

| | | |
|---|---|---|
| | | Support Statement of Points and Authorities in Support of Motion to Intervene as Defendants, # 2 Exhibit A – Proposed Answer, Counterclaim and Crossclaim, # 3 Declaration Rebecca A. Byram iso Motion to Intervene, # 4 Exhibit A to Byram Declaration, # 5 Exhibit B to Byram Declaration, # 6 Exhibit C to Byram Declaration, # 7 Exhibit D to Byram Declaration, # 8 Declaration of Emily Cozyris iso Motion to Intervene, # 9 Exhibit A to Cozyris Declaration, # 10 Text of Proposed Order)(Leggette, L.) (Entered: 11/01/2022) |
| 11/01/2022 | 21 | RESPONSE re 2 Notice of Related Case *(Objection)* filed by CONTINENTAL RESOURCES, INC., Devon Energy Production Company, L.P.. (Leggette, L.) (Entered: 11/01/2022) |
| 11/03/2022 | 22 | NOTICE of Appearance by Alexander K. Obrecht on behalf of CONTINENTAL RESOURCES, INC. (Obrecht, Alexander) (Entered: 11/03/2022) |
| 11/04/2022 | 23 | MOTION to Intervene by STATE OF WYOMING. (Attachments: # 1 Memorandum in Support, # 2 Proposed Answer, # 3 Text of Proposed Order)(Jordan, Travis) (Entered: 11/04/2022) |
| 11/04/2022 | 24 | NOTICE of Appearance by Travis S. Jordan on behalf of STATE OF WYOMING (Jordan, Travis) (Entered: 11/04/2022) |
| 11/04/2022 | 25 | NOTICE of Appearance by D. David DeWald on behalf of STATE OF WYOMING (DeWald, D. David) (Entered: 11/04/2022) |
| 11/04/2022 | 26 | RESPONSE re 2 Notice of Related Case *(Objection)* filed by STATE OF WYOMING. (Jordan, Travis) (Entered: 11/04/2022) |
| 11/04/2022 | | RESOLVED....NOTICE of Provisional/Government Not Certified Status re 22 NOTICE of Appearance by Alexander K. Obrecht on behalf of CONTINENTAL RESOURCES, INC. (Obrecht, Alexander).<br><br>Your attorney renewal has not been received. As a result, your membership with the U.S. District & Bankruptcy Courts for the District of Columbia is not in good standing, and you are not permitted to file. Pursuant to Local Civil Rule 83.9, you must immediately correct your membership status by following the appropriate instructions on this page of our website: https://www.dcd.uscourts.gov/attorney–renewal.<br><br>Please be advised that the presiding judge in this case has been notified that you are currently not in good standing to file in this court. Renewal Due by 11/11/2022. (zbaj) Modified on 11/7/2022 (zbaj). (Entered: 11/04/2022) |
| 11/15/2022 | 27 | REPLY re 2 Notice of Related Case *(Response to Proposed–Intervenors' Objections to Related–Case Designation)* filed by POWDER RIVER BASIN RESOURCE COUNCIL, WESTERN WATERSHEDS PROJECT. (Stellberg, Sarah) (Entered: 11/15/2022) |
| 11/15/2022 | 28 | RESPONSE re 23 MOTION to Intervene , 20 MOTION to Intervene *as Defendants* filed by POWDER RIVER BASIN RESOURCE COUNCIL, WESTERN WATERSHEDS PROJECT. (Goldblatt, Hannah) (Entered: 11/15/2022) |
| 11/17/2022 | 29 | NOTICE of Appearance by Mark E. Champoux on behalf of PETROLEUM ASSOCIATION OF WYOMING (Champoux, Mark) (Entered: 11/17/2022) |
| 11/17/2022 | 30 | |

| | | |
|---|---|---|
| | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Kathleen C. Schroder, Filing fee $ 100, receipt number ADCDC–9681137. Fee Status: Fee Paid. by PETROLEUM ASSOCIATION OF WYOMING. (Attachments: # 1 Declaration of Kathleen C. Schroder in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order)(Champoux, Mark) (Entered: 11/17/2022) |
| 11/17/2022 | 31 | MOTION to Intervene by PETROLEUM ASSOCIATION OF WYOMING. (Attachments: # 1 Declaration of Pete Obermueller, # 2 Exhibit 1 to Obermueller Declaration, # 3 Exhibit 2 to Obermueller Declaration, # 4 Exhibit 3 to Obermueller Declaration, # 5 Attachment–Complaint, # 6 [Proposed] Answer, # 7 Proposed Order)(Champoux, Mark) (Entered: 11/17/2022) |
| 11/17/2022 | 32 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by PETROLEUM ASSOCIATION OF WYOMING (Champoux, Mark) (Entered: 11/17/2022) |
| 11/17/2022 | 33 | RESPONSE re 2 Notice of Related Case filed by PETROLEUM ASSOCIATION OF WYOMING. (Champoux, Mark) (Entered: 11/17/2022) |
| 11/18/2022 | 34 | ANSWER to Complaint by U.S. BUREAU OF LAND MANAGEMENT, US DEPT OF INTERIOR.(Robertson, Michael) (Entered: 11/18/2022) |
| 11/22/2022 | 35 | REPLY re 23 MOTION to Intervene *to Intervene* filed by STATE OF WYOMING. (Jordan, Travis) Modified on 11/28/2022 to correct docket link/text (zjm). (Entered: 11/22/2022) |
| 11/22/2022 | 36 | REPLY re 27 Reply to Document *(Plaintiffs' Response to Proposed Intervenor–Defendants' Objections to Related–Case Designation* filed by STATE OF WYOMING. (Jordan, Travis) (Entered: 11/22/2022) |
| 11/22/2022 | 37 | REPLY to opposition to motion re 20 MOTION to Intervene *as Defendants*, 28 Response to motion *(Reply in Support of Motion to Intervene)* filed by CONTINENTAL RESOURCES, INC., Devon Energy Production Company, L.P.. (Leggette, L.) (Entered: 11/22/2022) |
| 11/22/2022 | 38 | REPLY re 27 Reply to Document, 21 Response to Document *(Reply in Support of Objection to Related–Case Designations)* filed by CONTINENTAL RESOURCES, INC., Devon Energy Production Company, L.P.. (Leggette, L.) (Entered: 11/22/2022) |
| 11/23/2022 | | MINUTE ORDER: Denying without prejudice 30 Motion for Admission Pro Hac Vice for failing to fully comply with Local Civil Rule 83.2(c)(2)(6). Affiants with offices located outside of the District of Columbia are still required to provide sufficient information for the court to determine whether the affiant "engages in the practice of law from an office located in the District of Columbia" and whether the affiant "is a member of the District of Columbia Bar or has an application for membership pending." Signed by Judge Tanya S. Chutkan on 11/23/2022. (lcja) (Entered: 11/23/2022) |
| 11/29/2022 | 39 | DECLARATION *(AMENDED)* by PETROLEUM ASSOCIATION OF WYOMING re 30 MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Kathleen C. Schroder, Filing fee $ 100, receipt number ADCDC–9681137. Fee Status: Fee Paid. filed by PETROLEUM ASSOCIATION OF WYOMING. (Champoux, Mark) (Entered: 11/29/2022) |
| 12/01/2022 | | |

| | | |
|---|---|---|
| | | Minute Order: Upon consideration of Movant PETROLEUM ASSOCIATION OF WYOMING's 39 Amended Declaration re 30 Motion for Leave to Appear Pro Hac Vice, Kathleen C. Schroder is hereby admitted pro hac vice to appear in this matter on behalf of Movant PETROLEUM ASSOCIATION OF WYOMING. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Tanya S. Chutkan on 12/01/2022. (lcja) (Entered: 12/01/2022) |
| 12/01/2022 | 40 | RESPONSE re 31 MOTION to Intervene *by Petroleum Association of Wyoming* filed by POWDER RIVER BASIN RESOURCE COUNCIL, WESTERN WATERSHEDS PROJECT. (Attachments: # 1 Declaration of Sarah Stellberg, # 2 Exhibit 1 – PAW Website)(Stellberg, Sarah) (Entered: 12/01/2022) |
| 12/01/2022 | 41 | REPLY re 2 Notice of Related Case *(Response to Proposed–Intervenor PAW's Objection)* filed by POWDER RIVER BASIN RESOURCE COUNCIL, WESTERN WATERSHEDS PROJECT. (Stellberg, Sarah) (Entered: 12/01/2022) |
| 12/01/2022 | 42 | NOTICE of Appearance by Kathleen C. Schroder on behalf of PETROLEUM ASSOCIATION OF WYOMING (Schroder, Kathleen) (Entered: 12/01/2022) |
| 12/08/2022 | 43 | REPLY to opposition to motion re 31 MOTION to Intervene filed by PETROLEUM ASSOCIATION OF WYOMING. (Champoux, Mark) Modified on 12/12/2022 to correct docket link/ text(zjm). (Entered: 12/08/2022) |
| 12/14/2022 | 44 | AMENDED COMPLAINT *filed with the written consent of Defendants under FRCP 15(a)(2)* against U.S. BUREAU OF LAND MANAGEMENT, US DEPT OF INTERIOR filed by WESTERN WATERSHEDS PROJECT, POWDER RIVER BASIN RESOURCE COUNCIL.(Stellberg, Sarah) (Entered: 12/14/2022) |
| 12/23/2022 | 45 | NOTICE *of Lodging of Proposed Answer to Plaintiffs' First Amended Complaint* by PETROLEUM ASSOCIATION OF WYOMING re 44 Amended Complaint (Attachments: # 1 Proposed Answer of Defendant–Intervenor Petroleum Association of Wyoming to Plaintiffs' First Amended Complaint)(Champoux, Mark) (Entered: 12/23/2022) |
| 12/27/2022 | 46 | NOTICE *of Lodging of Proposed Answer to Plaintiffs' First Amended Complaint* by STATE OF WYOMING re 44 Amended Complaint (Attachments: # 1 Proposed Answer to Plaintiffs' First Amended Complaint)(Jordan, Travis) (Entered: 12/27/2022) |
| 12/28/2022 | 47 | MOTION to Intervene by ANSCHUTZ EXPLORATION CORPORATION. (Attachments: # 1 Exhibit Declaration of Joseph DeDominic, # 2 Exhibit AEC's Proposed Motion to Dismiss or Transfer Venue, # 3 Text of Proposed Order)(Gibson, Mark) (Entered: 12/28/2022) |
| 12/28/2022 | 48 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by ANSCHUTZ EXPLORATION CORPORATION (Gibson, Mark) (Entered: 12/28/2022) |
| 12/28/2022 | 49 | ANSWER to 44 Amended Complaint by U.S. BUREAU OF LAND MANAGEMENT, US DEPT OF INTERIOR.(Robertson, Michael) (Entered: 12/28/2022) |
| 12/28/2022 | 50 | *Notice of Lodging AND* ANSWER to 44 Amended Complaint , CROSSCLAIM against US DEPT OF INTERIOR, U.S. BUREAU OF LAND MANAGEMENT, COUNTERCLAIM against POWDER RIVER BASIN RESOURCE COUNCIL, |

| | | |
|---|---|---|
| | | WESTERN WATERSHEDS PROJECT by DEVON ENERGY PRODUCTION COMPANY, L.P., CONTINENTAL RESOURCES, INC.. (Attachments: # 1 Exhibit A – Proposed Amended Answer)(Leggette, L.) (Entered: 12/28/2022) |
| 12/30/2022 | | MINUTE ORDER: GRANTING Continental Resources, Inc and Devon Energy Production Company L.P.'s 20 Motion to Intervene; GRANTING the State of Wyoming's 23 Motion to Intervene; and GRANTING Petroleum Associations of Wyoming's 31 Motion to Intervene. Plaintiffs do not oppose intervention by the four named Defendant–Intervenors, but instead request that the court impose briefing restrictions on Defendant–Intervenors that are analogous to restrictions set in *Center for Bio. Diversity et al. v. U.S. Dept. of the Interior et al* 22–cv–01716. *See* ECF No. 28 at 1–2; ECF No. 40 at 1–2. However, given that the court is now only granting four parties intervention status, the court will not impose briefing restrictions on Defendant–Intervenors at this stage. The court will rule on the Motions in Opposition to Relatedness, *see* ECF No. 21 , 26 , and 33 , in due course. Signed by Judge Tanya S. Chutkan on 12/30/2022. (lcja) (Entered: 12/30/2022) |
| 01/11/2023 | 51 | RESPONSE re 47 MOTION to Intervene filed by POWDER RIVER BASIN RESOURCE COUNCIL, WESTERN WATERSHEDS PROJECT. (Stellberg, Sarah) (Entered: 01/11/2023) |
| 01/17/2023 | | MINUTE ORDER: GRANTING Anschutz Exploration Corp.'s 47 Motion to Intervene, as Plaintiffs do not oppose, *see* ECF No. 51. Signed by Judge Tanya S. Chutkan on 1/17/2023. (lcja) (Entered: 01/17/2023) |
| 01/17/2023 | | MINUTE ORDER: Having granted motions to intervene by Continental Resources, Inc, Devon Energy Production Company L.P., State of Wyoming, Petroleum Associations of Wyoming, and Anschutz Exploration Corp., *see* Min. Order, 12/30/2022 and Min. Order, 01/17/2023 ("GRANTING Anschutz Exploration Corp.'s 47 Motion to Intervene"), it is hereby ORDERED that Defendant–Intervenors, save the State of Wyoming, shall consolidate all further motions, pleadings, memoranda, or other filings in this action, styling any filing as a joint filing "On Behalf of Defendant–Intervenors." To the extent that any such Defendant–Intervenor wishes to make a distinct argument, as part of a joint filing, such argument shall be made in an addendum limited to no more than five pages. It is further ORDERED that the State of Wyoming may file separate briefings but must still endeavor to coordinate with Federal Defendants and Defendant–Intervenors to incorporate by reference applicable law and facts, join arguments when appropriate, and avoid duplicative arguments. Any filing by a Defendant–Intervenor in contravention of this order and without leave of court, may be stricken *sua sponte*. Signed by Judge Tanya S. Chutkan on 1/17/2023. (lcja) (Entered: 01/17/2023) |
| 01/17/2023 | | MINUTE ORDER: The Court construes Defendant–Intervenor's Responses re 2 Notice of Related Cases, *see* ECF No. 21 , 33 , as motions in opposition to relatedness; both are DENIED. On September 7, 2022, Plaintiffs asserted that this matter is related to *Ctr. for Bio Diversity v. U.S. Dep't of Interior* 22–cv–1716, pursuant to Local Rule 40.5(a)(3) because it "relates to common property", "involved common issues of fact", and "grows out of the same event or transaction". *See* ECF No. 2. The Court agrees with Plaintiffs that this matter involves issues of fact that are common to *Ctr. for Bio Diversity* and will not reassign the case. Local Rule 40.5 intends to promote judicial economy where assigning related cases to different judges might produce conflicting decisions. *See Corsi v. Mueller*, No. 18–cv–2885 (RJL), 2019 WL 11322508, at *1 (D.D.C. Jan. 3, 2019). This matter challenges 362 of the |

| | | |
|---|---|---|
| | | same federal drilling permits which are part of the Converse County Oil and Gas Project in Wyomings Powder River Basin; both cases require review of the Converse County Project Environmental Impact Statement and Record of Decision; and there are overlapping legal theories, including violations of the National Environmental Policy Act and the Federal Land Policy Management Act. Although factual differences exist between these two cases, they are nonetheless related because there are clearly issues of fact that are common to both. *E.g., Assiniboine & Sioux Tribe of Fort Peck Indian Reservation v. Norton*, 211 F. Supp. 2d 157, 160 (D.D.C. 2002). Signed by Judge Tanya S. Chutkan on 1/17/2023. (lcja) (Entered: 01/17/2023) |
| 01/17/2023 | | SHOW CAUSE MINUTE ORDER: All parties shall meet and confer and file a joint report, briefing whether this case should (i) be consolidated with related case 22–cv–1716, and/or (ii) be stayed pending resolution of case 22–cv–1716, by no later than February 8, 2023. The parties' joint response shall be limited to no more than twelve pages and accompanied by a proposed order. The parties shall give ample consideration to whether the briefing schedule in *Ctr. For Bio Diversity* 22–cv–01716 should be modified if the cases are consolidated. Signed by Judge Tanya S. Chutkan on 1/17/2023. (lcja) (Entered: 01/17/2023) |
| 01/17/2023 | 52 | NOTICE of Appearance by Andrew C. Lillie on behalf of ANSCHUTZ EXPLORATION CORPORATION (Lillie, Andrew) (Entered: 01/17/2023) |
| 01/17/2023 | 54 | DECLARATION of Joseph DeDominic by ANSCHUTZ EXPLORATION CORPORATION. (zjm) (Entered: 01/19/2023) |
| 01/17/2023 | 55 | MOTION to Dismiss, MOTION to Transfer Case by ANSCHUTZ EXPLORATION CORPORATION. (zjm) (Entered: 01/19/2023) |
| 01/18/2023 | 53 | MOTION to Dismiss *Continental and Devon's Counterclaim and Crossclaim* by POWDER RIVER BASIN RESOURCE COUNCIL, WESTERN WATERSHEDS PROJECT. (Attachments: # 1 Text of Proposed Order)(Stellberg, Sarah) (Entered: 01/18/2023) |
| 01/23/2023 | | MINUTE ORDER: Briefing on all pending motions is hereby stayed until further order of the Court. The Court will consider the parties' response to the January 17, 2023 Show Cause Order, due February 8, 2023, and will then issue an order directing the parties on how to proceed in this matter. Signed by Judge Tanya S. Chutkan on 1/23/2023. (lcja) (Entered: 01/23/2023) |
| 01/25/2023 | 56 | Unopposed MOTION for Temporary Relief from Local Civil Rule 7(n) by U.S. BUREAU OF LAND MANAGEMENT, US DEPT OF INTERIOR. (Attachments: # 1 Text of Proposed Order)(Robertson, Michael) (Entered: 01/25/2023) |
| 01/26/2023 | | MINUTE ORDER: Defendants' 56 Unopposed Motion for Temporary Relief from Local Civil Rule 7(n) is hereby GRANTED. Defendants are temporarily relieved from filing, or proposing a deadline for filing, a certified list of the contents of the Administrative Record. To the extent that the parties' joint status report, due February 8, 2023, would propose moving forward with briefing in this case, the parties shall also propose a new deadline for Defendants to comply with their Local Rule 7(n) obligation. Signed by Judge Tanya S. Chutkan on 1/26/2023. (lcja) (Entered: 01/26/2023) |
| 01/27/2023 | | Set/Reset Deadlines: Joint Status Report due by 2/8/2023. (tb) (Entered: 01/27/2023) |
| 02/08/2023 | 57 | |

| | | |
|---|---|---|
| | | Joint STATUS REPORT by POWDER RIVER BASIN RESOURCE COUNCIL, WESTERN WATERSHEDS PROJECT. (Attachments: # 1 Text of Proposed Order)(Stellberg, Sarah) (Entered: 02/08/2023) |
| 02/14/2023 | 58 | SCHEDULING ORDER: Motions to dismiss, for judgment on the pleadings, to transfer, and for preliminary injunction and responsive pleadings to any pending cross−claim or counterclaim are due March 13, 2023; Responsive Briefs are due April 10, 2023; and Reply Briefs are due May 1, 2023. The parties shall meet and confer and propose a schedule for production of the administrative record, no later than February 28, 2023. All pending motions, ECF Nos. 55 and 56, are hereby dismissed without prejudice. Signed by Judge Tanya S. Chutkan on 2/14/2023. (lcja) (Entered: 02/14/2023) |
| 02/15/2023 | | Set/Reset Deadlines: Motions due by 3/13/2023. Responses due by 4/10/2023. Replies due by 5/1/2023. (tb) (Entered: 02/15/2023) |
| 02/28/2023 | 59 | Joint STATUS REPORT *on Proposed Administrative Record Schedule* by U.S. BUREAU OF LAND MANAGEMENT, US DEPT OF INTERIOR. (Attachments: # 1 Text of Proposed Order)(Robertson, Michael) (Entered: 02/28/2023) |
| 03/01/2023 | 60 | NOTICE *of Position on Proposed Administrative Record Schedule* by STATE OF WYOMING re 59 Status Report (Jordan, Travis) (Entered: 03/01/2023) |
| 03/02/2023 | 61 | NOTICE *Private Defendants−Intervenors' Position on Proposed Administrative Record Schedule* by CONTINENTAL RESOURCES, INC., DEVON ENERGY PRODUCTION COMPANY, L.P. re 60 Notice (Other), 59 Status Report (Leggette, L.) (Entered: 03/02/2023) |
| 03/02/2023 | | MINUTE ORDER: Having considered the parties' 59 Joint Status Report, the State of Wyoming's 60 Notice, and Private Defendant−Intervenors' 61 Notice, the Court will adopt the administrative record production schedule as proposed by federal Defendants. No later than March 7, 2023, federal Defendants shall file a proposed order which sets out in detail the administrative record production schedule as proposed in the "Joint Statement" and "Defendants' Proposal" sections of the joint status report, ECF No. 59 at 2−3, 8−9. The current proposed order has no proposed dates or actions and is insufficient to serve as a scheduling order in this matter. Signed by Judge Tanya S. Chutkan on 3/2/2023. (lcja) (Entered: 03/02/2023) |
| 03/02/2023 | | Set/Reset Deadlines: Proposed Order due by 3/7/2023. (tb) (Entered: 03/02/2023) |
| 03/07/2023 | 62 | NOTICE of Proposed Order by U.S. BUREAU OF LAND MANAGEMENT, US DEPT OF INTERIOR (Robertson, Michael) (Entered: 03/07/2023) |
| 03/08/2023 | 63 | Scheduling Order: The Administrative Record production schedule shall proceed in three stages, with the final production due no later than October 13, 2023. If no Motions to Complete or Supplement the AR are filed, then by no later than November 24, 2023, Federal Defendants shall file a certified list of AR contents in compliance with Local rule 7(n). If a Motion to Complete or Supplement the AR is filed, then by no later than November 24, 2023, or 28 days after the Court's disposition of the last AR Motion, whichever occurs later, Federal Defendants shall produce their Rule 7(n) certified list and complete production of documents agreed or ordered to be added to the AR (if any). The parties shall submit a proposed summary judgment briefing schedule no later than September 22, 2023. (See the Scheduling Order for further details). Signed by Judge Tanya S. Chutkan on 3/8/2023. (lcja) (Entered: 03/08/2023) |

14

| 03/08/2023 | | Set/Reset Deadlines: Proposed Order due by 3/7/2023. (tb) (Entered: 03/08/2023) |
|---|---|---|
| 03/13/2023 | 64 | MOTION for Preliminary Injunction by POWDER RIVER BASIN RESOURCE COUNCIL, WESTERN WATERSHEDS PROJECT. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order, # 3 Ex 1 – Declaration of Shannon Anderson, # 4 Ex 2 – Declaration of Maria Katherman, # 5 Ex 3 – Declaration of Leland Turner, # 6 Ex 4 – Declaration of Erik Molvar, # 7 Ex 5 – Declaration of Donal O'Toole, # 8 Ex 6 – Converse County ROD, # 9 Ex 7 – Converse County FEIS, # 10 Ex 8 – Converse County FEIS Appendices A, H, # 11 Ex 9 – Comment Letters, # 12 Ex 10 – APD Decision Index, # 13 Ex 11 – APD Records Part I, # 14 Ex 12 – APD Records Part II, # 15 Ex 13 – APD Records Part III, # 16 Ex 14 – BLM NEPA Handbook, # 17 Ex 15 – PIM 2018–014, # 18 Ex 16 – Examples of other BLM oil, gas projects, # 19 Ex 17 – EPA.gov, Health and Envt'l Effects of PM, # 20 Ex 18 – EPA.gov, Basic Information about Air Pollution Standards, # 21 Ex 19 – GAO Report on Energy Policy Act CXs, # 22 Ex 20 – Declaration of Chris Johnson)(Stellberg, Sarah) (Entered: 03/13/2023) |
| 03/13/2023 | 65 | MOTION to Dismiss *Continental and Devon's Counterclaim and Crossclaim* by POWDER RIVER BASIN RESOURCE COUNCIL, WESTERN WATERSHEDS PROJECT. (Attachments: # 1 Text of Proposed Order)(Stellberg, Sarah) (Entered: 03/13/2023) |
| 03/13/2023 | 66 | Joint MOTION to Transfer Case *Motion to Transfer Venue* by ANSCHUTZ EXPLORATION CORPORATION. (Attachments: # 1 Exhibit Addendum to Joint Motion)(Lillie, Andrew) (Entered: 03/13/2023) |
| 03/13/2023 | 67 | Joint MOTION to Dismiss by CONTINENTAL RESOURCES, INC., DEVON ENERGY PRODUCTION COMPANY, L.P.. (Attachments: # 1 Exhibit AEC Addendum, # 2 Exhibit A, # 3 Text of Proposed Order)(Leggette, L.) (Entered: 03/13/2023) |
| 03/13/2023 | 68 | Joint MOTION to Transfer Case *Motion to Transfer Venue* by ANSCHUTZ EXPLORATION CORPORATION. (Attachments: # 1 Addendum to Joint Motion to Transfer Venue, # 2 Proposed Order Granting Joint Motion to Transfer Venue)(Lillie, Andrew) (Entered: 03/13/2023) |
| 03/13/2023 | 69 | VACATED PURSUANT TO MINUTE ORDER FILED ON 12/1/2023.....MOTION for Partial Summary Judgment by CONTINENTAL RESOURCES, INC., DEVON ENERGY PRODUCTION COMPANY, L.P.. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Leggette, L.) Modified on 12/5/2023 (zed). (Entered: 03/13/2023) |
| 03/13/2023 | 70 | MOTION to Dismiss *Crossclaim* by U.S. BUREAU OF LAND MANAGEMENT, US DEPT OF INTERIOR. (Attachments: # 1 Text of Proposed Order)(Robertson, Michael) (Entered: 03/13/2023) |
| 03/13/2023 | 71 | NOTICE *of AEC's Joinder in Partial Motion for Judgment on the Pleadings* by ANSCHUTZ EXPLORATION CORPORATION (Gibson, Mark) (Entered: 03/13/2023) |
| 03/15/2023 | | Set/Reset Deadlines: Proposed Briefing Schedule due by 9/22/2023. (tb) (Entered: 03/15/2023) |
| 03/28/2023 | 72 | MOTION for Extension of Time to File Response/Reply by U.S. BUREAU OF LAND MANAGEMENT, US DEPT OF INTERIOR. (Robertson, Michael) (Entered: |

| | | |
|---|---|---|
| | | 03/28/2023) |
| 03/28/2023 | 73 | Joint MOTION for Joinder re 72 MOTION for Extension of Time to File Response/Reply *of Defendant–Intervenors* by CONTINENTAL RESOURCES, INC., DEVON ENERGY PRODUCTION COMPANY, L.P.. (Leggette, L.) (Entered: 03/28/2023) |
| 03/29/2023 | | MINUTE ORDER: Plaintiffs shall respond to Defendants' 72 Motion for Extension of Time and Defendant–Intervenors' 73 Joint Motion for Extension of time no later than March 31, 2023. And movants shall file their replies no later than April 4, 2023. Signed by Judge Tanya S. Chutkan on 3/29/2023. (lcja) (Entered: 03/29/2023) |
| 03/29/2023 | | Set/Reset Deadlines: Response due by 3/31/2023. Replies due by 4/4/2023. (tb) (Entered: 03/29/2023) |
| 03/30/2023 | 74 | RESPONSE re 72 MOTION for Extension of Time to File Response/Reply filed by POWDER RIVER BASIN RESOURCE COUNCIL, WESTERN WATERSHEDS PROJECT. (Attachments: # 1 Declaration of Sarah Stellberg)(Stellberg, Sarah) Modified link on 4/4/2023 (znmw). (Entered: 03/30/2023) |
| 03/31/2023 | 75 | REPLY to opposition to motion re 72 MOTION for Extension of Time to File Response/Reply filed by U.S. BUREAU OF LAND MANAGEMENT, US DEPT OF INTERIOR. (Robertson, Michael) (Entered: 03/31/2023) |
| 03/31/2023 | | MINUTE ORDER: Upon consideration of Defendants' motion and the parties briefs, the Court hereby Grants in part and DENIES in part Defendants' 72 Motion for Extension of Time to File Response and Defendant–Intervenor's 73 Joint Motion. The Court's February 14, 2023 Scheduling Order is hereby AMENDED as follows: Responsive Briefs are due April 24, 2023, and Reply Briefs are due May 15, 2023. Under Federal Rule of Civil Procedure 16(b)(4) a scheduling deadline may be extended upon a showing of "good cause." While Plaintiffs are correct that the previously agreed upon schedule and all of the motions were filed were fully contemplated by the parties, even Plaintiffs do not contend that Defendants were given advance notice that the motion for preliminary injunction would include over 5,000 pages of exhibits. And Plaintiffs have not demonstrated how they will be prejudiced by a two–week extension. Consequently, in order to provide the parties time to review the exhibits and respond to the motions, the Court will grant a two–week extension. Further, the parties are reminded that all motions are to be accompanied by a proposed order. Signed by Judge Tanya S. Chutkan on 3/31/2023. (lcja) (Entered: 03/31/2023) |
| 04/05/2023 | 76 | Unopposed MOTION for Extension of Time to File Response/Reply by POWDER RIVER BASIN RESOURCE COUNCIL, WESTERN WATERSHEDS PROJECT. (Attachments: # 1 Text of Proposed Order)(Stellberg, Sarah) (Entered: 04/05/2023) |
| 04/06/2023 | | MINUTE ORDER: Plaintiffs' 76 Unopposed Motion for Extension of Reply Deadline is hereby GRANTED and the Court's February 14, 2023, Scheduling Order is hereby AMENDED as follows: Reply Briefs are due May 26, 2023. Signed by Judge Tanya S. Chutkan on 4/6/2023. (lcja) (Entered: 04/06/2023) |
| 04/06/2023 | | Set/Reset Deadlines: Response due by 4/24/2023. Reply due by 5/15/2023. (tb) (Entered: 04/06/2023) |
| 04/06/2023 | | Set/Reset Deadlines: Reply due by 5/26/2023. (tb) (Entered: 04/06/2023) |
| 04/10/2023 | | Set/Reset Deadlines: Replies due by 5/26/2023. (tb) (Entered: 04/10/2023) |

16

| 04/24/2023 | 77 | Memorandum in opposition to re 64 Motion for Preliminary Injunction,,,, filed by STATE OF WYOMING. (Attachments: # 1 Declaration of Thomas Kropatsch, # 2 Declaration of Nancy Vehr, # 3 Declaration of James Willox, # 4 Declaration of Jennifer Scoggin, # 5 Declaration of Boner, Moore, Magagna, # 6 Declaration of Faber, Pexton, Roumell, Holt)(Jordan, Travis) (Entered: 04/24/2023) |
|---|---|---|
| 04/24/2023 | 78 | RESPONSE re 70 MOTION to Dismiss *Crossclaim* filed by CONTINENTAL RESOURCES, INC., DEVON ENERGY PRODUCTION COMPANY, L.P.. (Attachments: # 1 Text of Proposed Order)(Leggette, L.) (Entered: 04/24/2023) |
| 04/24/2023 | 79 | RESPONSE re 65 MOTION to Dismiss *Continental and Devon's Counterclaim and Crossclaim* filed by CONTINENTAL RESOURCES, INC., DEVON ENERGY PRODUCTION COMPANY, L.P.. (Attachments: # 1 Text of Proposed Order)(Leggette, L.) (Entered: 04/24/2023) |
| 04/24/2023 | 80 | Memorandum in opposition to re 64 Motion for Preliminary Injunction,,,, filed by PETROLEUM ASSOCIATION OF WYOMING. (Attachments: # 1 Text of Proposed Order [PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, # 2 Exhibit 1 – Declaration of Rebecca A. Byram & David Broussard, # 3 Exhibit 2 – Illustration of Horizontal Well, # 4 Exhibit 3 – Declaration of Ryan Baker, # 5 Exhibit 4 – Map of Challenged APDs, # 6 Exhibit 5 – Reno–Sparks Indian Colony v. Haaland, # 7 Exhibit 6 – Declaration of Stephen A. Moore, # 8 Exhibit 7 – Declaration of Frank Glenn Eathorne, Jr., # 9 Exhibit 8 – Declaration of Timothy Tillard, # 10 Exhibit 9 – Combined Declaration of Robert Boner et al., # 11 Exhibit 10 – Declaration of Joseph DeDominic, # 12 Exhibit 11 – Declaration of Pete Obermueller, # 13 Exhibit 12 – BLM Instruction Memorandum No. 2009–078, # 14 Exhibit 13 – Wyoming Executive Order No. 2019–3, # 15 Exhibit 14 – Declaration of Kelly Meyers, # 16 Exhibit 15 – Declaration of Hunt Walker, # 17 Exhibit 16 – Letter from Senator Barrasso et al. to Secretary Haaland)(Champoux, Mark) (Entered: 04/24/2023) |
| 04/24/2023 | 81 | Memorandum in opposition to re 67 Motion to Dismiss filed by POWDER RIVER BASIN RESOURCE COUNCIL, WESTERN WATERSHEDS PROJECT. (Attachments: # 1 Declaration of Sarah Stellberg, # 2 Exhibit A – June 13, 2022 Comment Letter, # 3 Exhibit B – July 15, 2022 Comment Letter, # 4 Exhibit C – August 16, 2022 Comment Letter)(Stellberg, Sarah) (Entered: 04/24/2023) |
| 04/24/2023 | 82 | Memorandum in opposition to re 68 Motion to Transfer Case filed by POWDER RIVER BASIN RESOURCE COUNCIL, WESTERN WATERSHEDS PROJECT. (Attachments: # 1 Declaration of Hannah Goldblatt, # 2 Exhibit A – Letter from MacGregor to Kudlow, # 3 Exhibit B – Joe Balash Calendar, # 4 Exhibit C – Converse FOIA records)(Stellberg, Sarah) (Entered: 04/24/2023) |
| 04/24/2023 | 83 | Memorandum in opposition to re 64 Motion for Preliminary Injunction,,,, filed by U.S. BUREAU OF LAND MANAGEMENT, US DEPT OF INTERIOR. (Attachments: # 1 Exhibit 1. Declaration of Amelia Savage, # 2 Exhibit 2. Casper RMP, # 3 Exhibit 3. Converse County DEIS through Chapter 2, # 4 Exhibit 4. Converse County SDEIS, # 5 Exhibit 5. Converse County FEIS Appendix G, # 6 Text of Proposed Order)(Robertson, Michael) (Entered: 04/24/2023) |
| 04/24/2023 | 84 | Memorandum in opposition to re 69 Motion for Partial Summary Judgment filed by POWDER RIVER BASIN RESOURCE COUNCIL, WESTERN WATERSHEDS PROJECT. (Stellberg, Sarah) (Entered: 04/24/2023) |
| 04/24/2023 | 85 | |

| | | |
|---|---|---|
| | | Memorandum in opposition to re 68 Motion to Transfer Case, 66 Motion to Transfer Case filed by U.S. BUREAU OF LAND MANAGEMENT, US DEPT OF INTERIOR. (Attachments: # 1 Text of Proposed Order)(Robertson, Michael) (Entered: 04/24/2023) |
| 04/24/2023 | 86 | RESPONSE re 67 Joint MOTION to Dismiss filed by U.S. BUREAU OF LAND MANAGEMENT, US DEPT OF INTERIOR. (Attachments: # 1 Text of Proposed Order)(Robertson, Michael) (Entered: 04/24/2023) |
| 04/24/2023 | 87 | RESPONSE re 69 MOTION for Partial Summary Judgment filed by U.S. BUREAU OF LAND MANAGEMENT, US DEPT OF INTERIOR. (Attachments: # 1 Text of Proposed Order)(Robertson, Michael) (Entered: 04/24/2023) |
| 05/22/2023 | 88 | MOTION for Leave to File Excess Pages by POWDER RIVER BASIN RESOURCE COUNCIL, WESTERN WATERSHEDS PROJECT. (Attachments: # 1 Text of Proposed Order)(Goldblatt, Hannah) (Entered: 05/22/2023) |
| 05/26/2023 | 89 | REPLY to opposition to motion re 65 MOTION to Dismiss *Continental and Devon's Counterclaim and Crossclaim* filed by POWDER RIVER BASIN RESOURCE COUNCIL, WESTERN WATERSHEDS PROJECT. (Stellberg, Sarah) (Entered: 05/26/2023) |
| 05/26/2023 | 90 | REPLY to opposition to motion re 70 MOTION to Dismiss *Crossclaim* filed by U.S. BUREAU OF LAND MANAGEMENT, US DEPT OF INTERIOR. (Robertson, Michael) (Entered: 05/26/2023) |
| 05/26/2023 | 91 | REPLY to opposition to motion re 64 MOTION for Preliminary Injunction filed by POWDER RIVER BASIN RESOURCE COUNCIL, WESTERN WATERSHEDS PROJECT. (Stellberg, Sarah) (Entered: 05/26/2023) |
| 05/26/2023 | | MINUTE ORDER: Plaintiffs' 88 Motion for Leave to File Excess Pages is GRANTED. Signed by Judge Tanya S. Chutkan on 5/26/2023. (lcja) (Entered: 05/26/2023) |
| 05/26/2023 | 92 | REPLY to opposition to motion re 68 Joint MOTION to Transfer Case *Motion to Transfer Venue Defendants−Intervenors Reply in Support of Motion to Transfer Venue* filed by ANSCHUTZ EXPLORATION CORPORATION. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Lillie, Andrew) (Entered: 05/26/2023) |
| 05/26/2023 | 93 | REPLY to opposition to motion re 67 Joint MOTION to Dismiss filed by CONTINENTAL RESOURCES, INC., DEVON ENERGY PRODUCTION COMPANY, L.P.. (Attachments: # 1 Supplement Anschutz Exploration Corporations Reply Addendum in Support of Defendants−Intervenors Joint Motion to Dismiss, # 2 Exhibit A)(Leggette, L.) (Entered: 05/26/2023) |
| 05/26/2023 | 94 | REPLY to opposition to motion re 69 MOTION for Partial Summary Judgment filed by CONTINENTAL RESOURCES, INC., DEVON ENERGY PRODUCTION COMPANY, L.P.. (Attachments: # 1 Exhibit 1)(Leggette, L.) (Entered: 05/26/2023) |
| 06/06/2023 | | MINUTE ORDER: No later than June 12 at 12 PM, the parties are hereby ORDERED to meet, confer, and propose dates and times for a hearing on Plaintiffs' Preliminary Injunction, ECF No. 64 . The Court is available for an in−person hearing on the following days: June 22 at 3 PM, June 23 at 3 PM, June 26 between 11 AM and 2 PM, July 3 between 10 AM and 3 PM, July 12 at 3:30 PM, July 14 between 10 AM and 3 PM, and July 21 between 10 AM and 3 PM. Signed by Judge Tanya S. Chutkan on 6/06/2023. (lcja) (Entered: 06/06/2023) |

| 06/06/2023 | | Set/Reset Deadlines: Attorney Meet and Confer by 6/12/2023. (nbn) (Entered: 06/08/2023) |
|---|---|---|
| 06/12/2023 | 95 | Joint STATUS REPORT by POWDER RIVER BASIN RESOURCE COUNCIL, WESTERN WATERSHEDS PROJECT. (Stellberg, Sarah) (Entered: 06/12/2023) |
| 06/12/2023 | | MINUTE ORDER: Upon consideration of the parties' 95 Joint Status Report, it is hereby ORDERED that a hearing on Plaintiffs' Motion for a Preliminary Injunction is set for July 14, 2023, at 2 PM. The hearing will be limited to legal argument. See Local Civ. Rule 65.1 ("[t]he practice in this jurisdiction is to decide preliminary injunction motions without live testimony where possible.... The Court may decline to hear witnesses at the hearing where the need for live testimony is outweighed by considerations of undue delay, waste of time, or needless presentation of cumulative evidence."). The parties shall be prepared to answer questions from the Court regarding Plaintiffs' motion, as well as to support their respective arguments regarding Plaintiffs' standing to challenge the 2020 Converse County Record of Decision and the subsequently approved Applications for Permits to Drill. Signed by Judge Tanya S. Chutkan on 6/12/2023. (lcja) (Entered: 06/12/2023) |
| 06/21/2023 | 96 | MOTION for Hearing re 95 Status Report, 64 MOTION for Preliminary Injunction by CONTINENTAL RESOURCES, INC., DEVON ENERGY PRODUCTION COMPANY, L.P.. (Attachments: # 1 Text of Proposed Order, # 2 Text of Proposed Order)(Leggette, L.) (Entered: 06/21/2023) |
| 06/26/2023 | | MINUTE ORDER: Defendant−Intervenor's 96 Motion for Hearing is hereby HELD in ABEYANCE until the Preliminary Injunction Hearing set for July 14, 2023 at 2 PM. At this time, Defendant−Intervenors have not shown, and the court does not find, that "there are genuine issues of material fact raised in opposition to [the] motion for preliminary injunction" such that "an evidentiary hearing is required." Cobell v. Norton, 391 F.3d 251, 261 (D.C. Cir. 1984). After the court hears legal argument from the parties at the Preliminary Injunction Hearing, it will consider whether an evidentiary hearing "outweigh[s]... considerations of undue delay, waste of time, or needless presentation of cumulative evidence," or if the motion can be decided "without live testimony." Local Civ. Rule 65.1. Signed by Judge Tanya S. Chutkan on 6/26/2023. (lcja) (Entered: 06/26/2023) |
| 07/03/2023 | | MINUTE ORDER: At the Preliminary Injunction Hearing set for July 14, 2023 at 2 PM, the parties shall be prepared to argue the following issues, within the set parameters: (i) Private Defendant−Intervenors and Plaintiffs are each allotted 10 minutes to argue standing, and Defendants are allotted 5 minutes to argue standing; and (ii) Plaintiffs and Defendants are each allotted 15 minutes to argue for and against Plaintiffs' Motion for Preliminary Injunction, and Private Defendant−Intervenors and the State of Wyoming are each allotted 5 minutes to argue against the Motion for Preliminary Injunction. Further, the parties shall be prepared answer the Court's questions, and the court, in its discretion, shall extend or shorten a parties' allotted time as necessary to ventilate the salient issues in this action. This hearing is scheduled to last no longer than 1 hour and 15 minutes. Signed by Judge Tanya S. Chutkan on 7/03/2023. (lcja) (Entered: 07/03/2023) |
| 07/12/2023 | 97 | Unopposed MOTION for Extension of Time to *Confer and File Motions on Stage One Administrative Record* by POWDER RIVER BASIN RESOURCE COUNCIL, WESTERN WATERSHEDS PROJECT. (Attachments: # 1 Text of Proposed Order)(Goldblatt, Hannah) (Entered: 07/12/2023) |

| 07/13/2023 | | MINUTE ORDER: Plaintiff's 97 Unopposed Motion for Extension of Time is hereby GRANTED for good cause shown. The Court's March 8, 2023, Scheduling Order is hereby AMENDED as follows: Motions to Complete or Supplement the Converse County ROD & EIS AR are due July 28, 2023; Responses in Opposition to Motions to Complete or Supplement the Converse County ROD & EIS AR are due August 25, 2023; and Replies in Support of Motions to Complete or Supplement the Converse County ROD & EIS AR are due September 8, 2023. Signed by Judge Tanya S. Chutkan on 7/13/2023. (lcja) (Entered: 07/13/2023) |
|---|---|---|
| 07/14/2023 | | Set/Reset Deadlines/Hearings: Motions to Complete or Supplement the Converse County ROD & EIS AR due by 7/28/2023. Responses due by 8/25/2023. Replies due by 9/8/2023. (zcdw) (Entered: 07/14/2023) |
| 07/14/2023 | | Minute Entry for proceedings held before Judge Tanya S. Chutkan: Motion Hearing held on 7/14/2023 re Motion 64 for Preliminary Injunction. Motion heard and taken under advisement. (Court Reporter: Lisa Moreira) (zcdw) (Entered: 07/17/2023) |
| 07/17/2023 | 98 | NOTICE *of Correction* by U.S. BUREAU OF LAND MANAGEMENT, US DEPT OF INTERIOR (Robertson, Michael) (Entered: 07/17/2023) |
| 07/26/2023 | 99 | TRANSCRIPT OF PRELIMINARY INJUNCTION HEARING before Judge Tanya S. Chutkan held on July 14, 2023; Page Numbers: 1–61. Date of Issuance:July 26, 2023. Court Reporter/Transcriber Lisa A. Moreira, RDR, CRR, Telephone number (202) 354–3187, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 8/16/2023. Redacted Transcript Deadline set for 8/26/2023. Release of Transcript Restriction set for 10/24/2023.(Moreira, Lisa) (Entered: 07/26/2023) |
| 07/28/2023 | 100 | WITHDRAWN PURSUANT TO NOTICE FILED 01/17/2024.....MOTION TO CONSIDER EXTRA–RECORD EVIDENCE by POWDER RIVER BASIN RESOURCE COUNCIL, WESTERN WATERSHEDS PROJECT. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order, # 3 Exhibit A – Decision and EA for Laramie Project, # 4 Exhibit B – Decision and EA for La Sal Project, # 5 Exhibit C – Decision and EA for Harper Project, # 6 Exhibit D – Decision and EA for Tabor Project, # 7 Exhibit E – Decision and EA for Alta Vista Slaughterhouse Project)(Stellberg, Sarah) Modified on 1/18/2024 (zjm). (Entered: 07/28/2023) |
| 08/24/2023 | 101 | Memorandum in opposition to re 100 Motion for Miscellaneous Relief,, *(to Consider Extra–Record Evidence)* filed by CONTINENTAL RESOURCES, INC., DEVON |

20

| | | ENERGY PRODUCTION COMPANY, L.P.. (Leggette, L.) (Entered: 08/24/2023) |
|---|---|---|
| 08/25/2023 | 102 | Memorandum in opposition to re 100 Motion for Miscellaneous Relief,, filed by U.S. BUREAU OF LAND MANAGEMENT, US DEPT OF INTERIOR. (Attachments: # 1 Text of Proposed Order)(Robertson, Michael) (Entered: 08/25/2023) |
| 09/08/2023 | 103 | REPLY to opposition to motion re 100 MOTION TO CONSIDER EXTRA–RECORD EVIDENCE filed by POWDER RIVER BASIN RESOURCE COUNCIL, WESTERN WATERSHEDS PROJECT. (Stellberg, Sarah) (Entered: 09/08/2023) |
| 09/22/2023 | 104 | PROPOSED BRIEFING SCHEDULE by POWDER RIVER BASIN RESOURCE COUNCIL, WESTERN WATERSHEDS PROJECT. (Attachments: # 1 Text of Proposed Order)(Stellberg, Sarah) (Entered: 09/22/2023) |
| 11/06/2023 | 105 | MEMORANDUM OPINION re: 64 Plaintiffs' Motion for a Preliminary Injunction; 68 Private–Intervenor's Motion to Transfer; and 67 Private–Intervenors' Motion to Dismiss. Signed by Judge Tanya S. Chutkan on 11/06/23. (lce) (Entered: 11/06/2023) |
| 11/06/2023 | 106 | ORDER: DENYING 64 Plaintiffs' Motion for Preliminary Injunction. Signed by Judge Tanya S. Chutkan on 11/06/23. (lce) (Entered: 11/06/2023) |
| 11/06/2023 | 107 | ORDER: GRANTING in part and DENYING in part 67 Private–Intervenors' Joint Motion to Dismiss. Signed by Judge Tanya S. Chutkan on 11/06/23. (lce) (Entered: 11/06/2023) |
| 11/06/2023 | 108 | ORDER: DENYING 68 Private–Intervenors' Joint Motion to Transfer and DENYING as moot 66 Private–Intervenors' Joint Motion to Transfer. Signed by Judge Tanya S. Chutkan on 11/06/23. (lce) (Entered: 11/06/2023) |
| 11/06/2023 | | MINUTE ORDER: DENYING as moot 96 Motion for Hearing re 64 Motion for Preliminary Injunction. Signed by Judge Tanya S. Chutkan on 11/06/23. (lce) (Entered: 11/06/2023) |
| 11/07/2023 | | MINUTE ORDER: The parties shall meet and confer and file a Joint Status Report by December 1, 2023, stating their position(s) on whether 100 Motion to Consider Extra–Record Evidence is now moot. To the extent the parties request a change to the status quo, the status report shall be accompanied by a proposed order. Signed by Judge Tanya S. Chutkan on 11/07/23. (lce) (Entered: 11/07/2023) |
| 11/07/2023 | | Set/Reset Deadlines: Status Report due by 12/1/2023. (znbn) (Entered: 11/07/2023) |
| 12/01/2023 | 109 | Joint STATUS REPORT by POWDER RIVER BASIN RESOURCE COUNCIL, WESTERN WATERSHEDS PROJECT. (Stellberg, Sarah) (Entered: 12/01/2023) |
| 12/01/2023 | 110 | Unopposed MOTION to Withdraw 69 MOTION for Partial Summary Judgment by CONTINENTAL RESOURCES, INC., DEVON ENERGY PRODUCTION COMPANY, L.P.. (Attachments: # 1 Text of Proposed Order)(Leggette, L.) (Entered: 12/01/2023) |
| 12/01/2023 | | MINUTE ORDER: GRANTING 110 Unopposed Motion to Withdraw 69 Motion for Partial Summary Judgment. Signed by Judge Tanya S. Chutkan on 12/01/23. (lce) (Entered: 12/01/2023) |
| 12/08/2023 | 111 | Joint STATUS REPORT by POWDER RIVER BASIN RESOURCE COUNCIL, WESTERN WATERSHEDS PROJECT. (Stellberg, Sarah) (Entered: 12/08/2023) |

| 01/17/2024 | 112 | NOTICE OF WITHDRAWAL OF MOTION by POWDER RIVER BASIN RESOURCE COUNCIL, WESTERN WATERSHEDS PROJECT re 100 MOTION TO CONSIDER EXTRA−RECORD EVIDENCE (Stellberg, Sarah) (Entered: 01/17/2024) |
|---|---|---|
| 01/18/2024 | 113 | MEMORANDUM OPINION re: 65 Motion to Dismiss Continental and Devon's Counterclaim and Crossclaim and 70 Motion to Dismiss Crossclaim. Signed by Judge Tanya S. Chutkan on 1/18/24. (lce) (Entered: 01/18/2024) |
| 01/18/2024 | 114 | ORDER GRANTING 70 Motion to Dismiss Crossclaim. Signed by Judge Tanya S. Chutkan on 1/18/24. (lce) (Entered: 01/18/2024) |
| 01/18/2024 | 115 | ORDER GRANTING in part and DENYING in part 65 Motion to Dismiss Counterclaim and Crossclaim. Signed by Judge Tanya S. Chutkan on 1/18/24. (lce) (Entered: 01/18/2024) |
| 01/18/2024 |  | MINUTE ORDER: Upon consideration of 104 Joint Proposed Summary Judgment Briefing Schedule and 111 Joint Status Report, Plaintiff's opening summary judgment motion and brief shall be limited to 55 pages and shall be filed on or before February 8, 2024; Federal Defendants' summary judgment motion and combined opening/response brief shall be limited to 55 pages and shall be filed on or before March 28, 2024; Wyoming's and Private Intervenors' summary judgment motions and combined/opening response briefs shall be limited to 55 pages and shall be filed on or before April 11, 2024; Plaintiff's combined response/reply brief shall be limited to 75 pages and shall be filed on or before May 16, 2024; Federal Defendants' reply brief shall be limited to 25 pages and shall be filed on or before June 13, 2024; and Wyoming's and Private Intervenors' reply brief shall be limited to 25 pages and shall be filed on or before June 20, 2024. Signed by Judge Tanya S. Chutkan on 1/18/24. (lce) (Entered: 01/18/2024) |
| 01/26/2024 | 116 | MOTION for Summary Judgment by POWDER RIVER BASIN RESOURCE COUNCIL, WESTERN WATERSHEDS PROJECT. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Stellberg, Sarah) (Entered: 01/26/2024) |
| 02/14/2024 | 117 | NOTICE *of Filing Certified Administrative Record Index* by U.S. BUREAU OF LAND MANAGEMENT, U.S. DEPARTMENT OF INTERIOR (Attachments: # 1 Exhibit Certified List of the Contents of the AR, # 2 Exhibit Certification)(Robertson, Michael) (Entered: 02/14/2024) |
| 03/28/2024 | 118 | Cross MOTION for Summary Judgment *and Response Brief in Opposition* by U.S. BUREAU OF LAND MANAGEMENT, U.S. DEPARTMENT OF INTERIOR. (Attachments: # 1 Text of Proposed Order)(Robertson, Michael) (Entered: 03/28/2024) |
| 03/28/2024 | 119 | Memorandum in opposition to re 116 Motion for Summary Judgment filed by U.S. BUREAU OF LAND MANAGEMENT, U.S. DEPARTMENT OF INTERIOR. (See Docket Entry 118 to view document) (zjm) (Entered: 04/02/2024) |
| 04/11/2024 | 120 | Memorandum in opposition to re 116 Motion for Summary Judgment *and Cross−Motion for Summary Judgment* filed by STATE OF WYOMING. (Attachments: # 1 Exhibit J. Manley Declaration, # 2 Exhibit Prior L. Turner Declarations)(Jordan, Travis) (Entered: 04/11/2024) |
| 04/11/2024 | 121 |  |

| | | |
|---|---|---|
| | | Cross MOTION for Summary Judgment *and Response in Opposition to Plaintiffs' Motion for Summary Judgment* by CONTINENTAL RESOURCES, INC., DEVON ENERGY PRODUCTION COMPANY, L.P.. (Leggette, L.) (Entered: 04/11/2024) |
| 04/11/2024 | 122 | Memorandum in opposition to re 116 Motion for Summary Judgment *of Plaintiffs* filed by CONTINENTAL RESOURCES, INC., DEVON ENERGY PRODUCTION COMPANY, L.P.. (Leggette, L.) (Entered: 04/11/2024) |
| 04/11/2024 | 123 | Cross MOTION for Summary Judgment by STATE OF WYOMING. (See Docket Entry 120 to view document) (zjm) (Entered: 04/15/2024) |
| 05/16/2024 | 124 | REPLY to opposition to motion re 116 MOTION for Summary Judgment filed by POWDER RIVER BASIN RESOURCE COUNCIL, WESTERN WATERSHEDS PROJECT. (Attachments: # 1 Exhibit 1 – Chowdhury et al., Multifactor analysis of specific storage estimate, # 2 Exhibit 2 – Declaration of Sarah Stellberg)(Stellberg, Sarah) (Entered: 05/16/2024) |
| 06/13/2024 | 125 | REPLY to opposition to motion re 118 Cross MOTION for Summary Judgment *and Response Brief in Opposition* filed by U.S. BUREAU OF LAND MANAGEMENT, U.S. DEPARTMENT OF INTERIOR. (Robertson, Michael) (Entered: 06/13/2024) |
| 06/20/2024 | 126 | REPLY to opposition to motion re 116 MOTION for Summary Judgment *and combined reply in support of the State's cross−motion for summary judgment* filed by STATE OF WYOMING. (Jordan, Travis) (Entered: 06/20/2024) |
| 06/20/2024 | 127 | REPLY to opposition to motion re 121 Cross MOTION for Summary Judgment *and Response in Opposition to Plaintiffs' Motion for Summary Judgment* filed by CONTINENTAL RESOURCES, INC., DEVON ENERGY PRODUCTION COMPANY, L.P.. (Leggette, L.) (Entered: 06/20/2024) |
| 06/28/2024 | 128 | Joint MOTION for Extension of Time to File *Local Rule 7(n) Joint Appendix* by POWDER RIVER BASIN RESOURCE COUNCIL, WESTERN WATERSHEDS PROJECT. (Attachments: # 1 Text of Proposed Order)(Stellberg, Sarah) (Entered: 06/28/2024) |
| 06/28/2024 | | MINUTE ORDER: GRANTING 128 Joint Motion for Extension of Time. The parties shall file the Joint Appendix required by Local Civil Rule 7(n) on or before July 11, 2024. Signed by Judge Tanya S. Chutkan on 6/28/24. (lce) (Entered: 06/28/2024) |
| 07/11/2024 | 129 | JOINT APPENDIX *of the Administrative Record* by POWDER RIVER BASIN RESOURCE COUNCIL, WESTERN WATERSHEDS PROJECT. (Attachments: # 1 AR Appendix Vol 1, # 2 AR Appendix Vol 2, # 3 AR Appendix Vol 3, # 4 AR Appendix Vol 4, # 5 AR Appendix Vol 5, # 6 AR Appendix Vol WYP3)(Stellberg, Sarah) (Entered: 07/11/2024) |
| 09/13/2024 | 130 | MEMORANDUM OPINION re: 116 Plaintiffs' Motion for Summary Judgment, 118 Defendants' Cross Motion for Summary Judgment, 121 Intervenors' Cross Motion for Summary Judgment, and 123 Wyoming's Cross Motion for Summary Judgment. Signed by Judge Tanya S. Chutkan on 9/13/24. (lce) (Entered: 09/13/2024) |
| 09/13/2024 | 131 | ORDER: GRANTING in part 116 Plaintiffs' Motion for Summary Judgment, DENYING 118 Defendants' Cross Motion for Summary Judgment, DENYING 121 Intervenors' Cross Motion for Summary Judgment, and DENYING 123 Wyoming's Cross Motion for Summary Judgment. Plaintiffs shall file a supplemental brief on remedy on or before October 25, 2024. Defendants and Intervenors shall file a |

| | | supplemental response on or before November 8, 2024. Further APD approvals based on the deficient EIS are hereby ENJOINED pending further order of the court. See Order for details. Signed by Judge Tanya S. Chutkan on 9/13/24. (lce) (Entered: 09/13/2024) |
|---|---|---|
| 09/26/2024 | 132 | NOTICE of Appearance by Shannon Leininger on behalf of STATE OF WYOMING (Leininger, Shannon) (Main Document 132 replaced on 9/27/2024) (znmw). (Entered: 09/26/2024) |
| 09/26/2024 | 133 | NOTICE OF WITHDRAWAL OF APPEARANCE as to STATE OF WYOMING. Attorney Travis S. Jordan terminated. (Jordan, Travis) (Entered: 09/26/2024) |
| 10/04/2024 | 134 | Joint MOTION to Clarify re 130 Memorandum Opinion and 131 Order by U.S. BUREAU OF LAND MANAGEMENT, U.S. DEPARTMENT OF INTERIOR. (Attachments: # 1 Text of Proposed Order)(Robertson, Michael) Modified to add links on 10/7/2024 (znmw). (Entered: 10/04/2024) |
| 10/07/2024 | | MINUTE ORDER: GRANTING 134 Joint Motion for Clarification. Because the court determined that the Environmental Impact Statement violated the National Environmental Policy Act ("NEPA"), it granted summary judgment to Plaintiffs and denied it to Defendants and Intervenors on the NEPA claim. The court did not consider the merits of the remaining claims because it decided that the Converse County Oil and Gas Project approval was unlawful on NEPA grounds. Consequently, the court denied summary judgment to both parties on the remaining claims, and those claims remain before the court for potential consideration following remand. Signed by Judge Tanya S. Chutkan on 10/7/24. (lce) (Entered: 10/07/2024) |
| 10/25/2024 | 135 | MEMORANDUM by POWDER RIVER BASIN RESOURCE COUNCIL, WESTERN WATERSHEDS PROJECT. (Attachments: # 1 Declaration – Declaration of Hannah Goldblatt, # 2 Text of Proposed Order – Proposed Remedies Order)(Goldblatt, Hannah) (Entered: 10/25/2024) |
| 11/07/2024 | 136 | NOTICE of Appearance by Kristina R. Van Bockern on behalf of ANSCHUTZ EXPLORATION CORPORATION (Van Bockern, Kristina) (Entered: 11/07/2024) |
| 11/08/2024 | 137 | MEMORANDUM by STATE OF WYOMING. (Attachments: # 1 Declaration of Jeremy Manley)(Leininger, Shannon) (Entered: 11/08/2024) |
| 11/08/2024 | 138 | MEMORANDUM by ANSCHUTZ EXPLORATION CORPORATION. (Attachments: # 1 Exhibit EX 1 – WWC Engineering Memo, # 2 Declaration EX 2 – Decl of Jesse Martin, # 3 Declaration EX 3 – Decl of Mark Brown, # 4 Declaration EX 4 – Decl of Glen Christiansen, # 5 Declaration EX 5 – Decl of Joseph DeDominic, # 6 Declaration EX 6 – Decl of Timothy Sulser, # 7 Declaration EX 7 – Decl of Ryan Baker, # 8 Declaration EX 8 – Decl of Bryam and Carlson, # 9 Declaration EX 9 – Decl of Hunt Walker, # 10 Declaration EX 10 – Decl of Wendy Meyer, # 11 Declaration EX 11 – Decl of Rodney York, # 12 Declaration EX 12 – Decl of Gregory Graham)(Van Bockern, Kristina) (Entered: 11/08/2024) |
| 11/08/2024 | 139 | MEMORANDUM by U.S. DEPARTMENT OF INTERIOR, U.S. BUREAU OF LAND MANAGEMENT. (Attachments: # 1 Declaration of Kevin Christensen)(Robertson, Michael) (Entered: 11/08/2024) |
| 11/12/2024 | 140 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 130 Memorandum & Opinion, 131 Order on Motion for Summary Judgment,,,,,,,,,,,, Set/Reset Deadlines,, by DEVON ENERGY PRODUCTION COMPANY, L.P., CONTINENTAL |

| | | |
|---|---|---|
| | | RESOURCES, INC.. Filing fee $ 605, receipt number BDCDC−11294034. Fee Status: Fee Paid. Parties have been notified. (Leggette, L.) (Entered: 11/12/2024) |
| 11/13/2024 | 141 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid re 140 Notice of Appeal to DC Circuit Court. (znmw) (Entered: 11/13/2024) |
| 11/15/2024 | 142 | REPLY re 139 Memorandum, 137 Memorandum, 138 Memorandum,, *on Remedies* filed by POWDER RIVER BASIN RESOURCE COUNCIL, WESTERN WATERSHEDS PROJECT. (Attachments: # 1 Supplemental Administrative Record Excerpts)(Stellberg, Sarah) (Entered: 11/15/2024) |
| 11/22/2024 | | USCA Case Number 24−5268 for 140 Notice of Appeal to DC Circuit Court, filed by CONTINENTAL RESOURCES, INC., DEVON ENERGY PRODUCTION COMPANY, L.P.. (zdp) (Entered: 11/25/2024) |
| 12/13/2024 | 143 | NOTICE of Change of Address by Kathleen C. Schroder (Schroder, Kathleen) (Entered: 12/13/2024) |
| 03/13/2025 | 144 | MANDATE of USCA as to 140 Notice of Appeal to DC Circuit Court, filed by CONTINENTAL RESOURCES, INC., DEVON ENERGY PRODUCTION COMPANY, L.P. ; USCA Case Number 24−5268. (Attachment: # 1 USCA Order March 13, 2025)(zjm) (Entered: 03/17/2025) |
| 06/13/2025 | 145 | MOTION for Relief from Judgment by U.S. BUREAU OF LAND MANAGEMENT, U.S. DEPARTMENT OF INTERIOR. (Attachments: # 1 Exhibit Proposed Order)(Robertson, Michael) (Entered: 06/13/2025) |
| 06/13/2025 | 146 | NOTICE *Private Defendant−Intervenors' Joint Notice of Joinder in Federal Defendants' Motion to Dissolve Injunction* by CONTINENTAL RESOURCES, INC., DEVON ENERGY PRODUCTION COMPANY, L.P. re 145 Motion for Relief from Judgment (Leggette, L.) (Entered: 06/13/2025) |
| 06/16/2025 | 147 | MOTION for Joinder re 145 MOTION for Relief from Judgment by STATE OF WYOMING. (Leininger, Shannon) (Entered: 06/16/2025) |
| 06/27/2025 | 148 | MOTION to Dissolve Interim Injunction re 145 MOTION for Relief from Judgment , 130 Memorandum & Opinion, 131 Order on Motion for Summary Judgment,,,,,,,,,,,,, Set/Reset Deadlines,, *of Private Defendant−Intervenors* by CONTINENTAL RESOURCES, INC., DEVON ENERGY PRODUCTION COMPANY, L.P.. (Attachments: # 1 Exhibit A − Decl. of Jesse Martin, # 2 Exhibit B − Decl. of Glen Christiansen, # 3 Exhibit C − Decl. of Timothy Sulser, # 4 Exhibit D − Decl. of Hunt Walker, # 5 Exhibit E − Decl. of Joseph DeDominic, # 6 Text of Proposed Order)(Leggette, L.) (Entered: 06/27/2025) |
| 06/27/2025 | 149 | Memorandum in opposition to re 145 MOTION for Relief from Judgment filed by POWDER RIVER BASIN RESOURCE COUNCIL, WESTERN WATERSHEDS PROJECT. (Goldblatt, Hannah) (Entered: 06/27/2025) |
| 07/02/2025 | 150 | Unopposed MOTION for Extension of Time to File Response/Reply as to 148 MOTION to Dissolve Interim Injunction re 145 MOTION for Relief from Judgment , 130 Memorandum & Opinion, 131 Order on Motion for Summary Judgment,,,,,,,,,,,, Set/Reset Deadlines,, *of Private Defendant−Intervenors* by POWDER RIVER BASIN RESOURCE COUNCIL, WESTERN WATERSHEDS PROJECT. (Attachments: # 1 Text of Proposed Order)(Goldblatt, Hannah) (Entered: 07/02/2025) |

| 07/07/2025 | 151 | Unopposed MOTION for Extension of Time to File Response/Reply as to 145 MOTION for Relief from Judgment by U.S. BUREAU OF LAND MANAGEMENT, U.S. DEPARTMENT OF INTERIOR. (Attachments: # 1 Text of Proposed Order)(Robertson, Michael) (Entered: 07/07/2025) |
|---|---|---|
| 07/07/2025 | | MINUTE ORDER: GRANTING Plaintiff's 150 Unopposed Motion for Extension of Time to File Responsive Brief to Private Defendant−Intervenors' 148 Motion to Dissolve the Interim Injunction. Plaintiff's brief is due by July 18, 2025. Signed by Judge Tanya S. Chutkan on 7/7/2025. (lcer) (Entered: 07/07/2025) |
| 07/07/2025 | | MINUTE ORDER: GRANTING Defendants' 151 Unopposed Motion for Extension of Time. Defendants' Reply Memorandum in Support of Defendants' 145 Motion to Dissolve Injunction is due by July 14, 2025. Signed by Judge Tanya S. Chutkan on 7/7/2025. (lcer) (Entered: 07/07/2025) |
| 07/14/2025 | 152 | REPLY to opposition to motion re 145 Motion for Relief from Judgment filed by U.S. BUREAU OF LAND MANAGEMENT, U.S. DEPARTMENT OF INTERIOR. (Robertson, Michael) (Entered: 07/14/2025) |
| 07/18/2025 | 153 | Memorandum in opposition to re 148 MOTION to Dissolve Interim Injunction re 145 MOTION for Relief from Judgment , 130 Memorandum & Opinion, 131 Order on Motion for Summary Judgment,,,,,,,,,,,,, Set/Reset Deadlines,, *of Private Defendant−Intervenors* filed by POWDER RIVER BASIN RESOURCE COUNCIL, WESTERN WATERSHEDS PROJECT. (Attachments: # 1 Text of Proposed Order)(Goldblatt, Hannah) (Entered: 07/18/2025) |
| 07/25/2025 | 154 | REPLY to opposition to motion re 148 Motion for Miscellaneous Relief,, filed by CONTINENTAL RESOURCES, INC., DEVON ENERGY PRODUCTION COMPANY, L.P.. (Leggette, L.) (Entered: 07/25/2025) |
| 11/05/2025 | 155 | MOTION for Leave to File *Second Amended and Supplemental Complaint* by POWDER RIVER BASIN RESOURCE COUNCIL, WESTERN WATERSHEDS PROJECT. (Attachments: # 1 Proposed Second Amended and Supplemental Complaint, # 2 Text of Proposed Order)(Stellberg, Sarah) (Entered: 11/05/2025) |
| 11/05/2025 | 156 | WITHDRAWN PURSUANT TO NOTICE FILED 11/13/2025.....MOTION Relief from Standing Order No. 25−55 by POWDER RIVER BASIN RESOURCE COUNCIL, WESTERN WATERSHEDS PROJECT. (Attachments: # 1 Text of Proposed Order)(Stellberg, Sarah) Modified on 11/14/2025 (zjm). (Entered: 11/05/2025) |
| 11/07/2025 | 157 | MOTION for Extension of Time to File Response/Reply as to 155 MOTION for Leave to File *Second Amended and Supplemental Complaint* by CONTINENTAL RESOURCES, INC., DEVON ENERGY PRODUCTION COMPANY, L.P.. (Attachments: # 1 Text of Proposed Order)(Leggette, L.) (Entered: 11/07/2025) |
| 11/13/2025 | 158 | NOTICE OF WITHDRAWAL OF MOTION by POWDER RIVER BASIN RESOURCE COUNCIL, WESTERN WATERSHEDS PROJECT re 156 MOTION Relief from Standing Order No. 25−55 (Goldblatt, Hannah) (Entered: 11/13/2025) |
| 11/13/2025 | 159 | RESPONSE re 157 MOTION for Extension of Time to File Response/Reply as to 155 MOTION for Leave to File *Second Amended and Supplemental Complaint* filed by POWDER RIVER BASIN RESOURCE COUNCIL, WESTERN WATERSHEDS PROJECT. (Attachments: # 1 Text of Proposed Order)(Goldblatt, Hannah) (Entered: 11/13/2025) |

| 11/13/2025 | | MINUTE ORDER: Intervenors' 157 Motion for Extension of Time is GRANTED. Intervenors shall file a Response to Plaintiffs' 155 Motion for Leave to File Second Amended and Supplemental Complaint by 12/8/2025. Plaintiff shall file their Reply by 12/19/2025. Signed by Tanya S. Chutkan on 11/13/2025. (lchs) (Entered: 11/13/2025) |
|---|---|---|
| 11/18/2025 | 160 | NOTICE of Appearance by Ethan David Paddison on behalf of STATE OF WYOMING (Paddison, Ethan) (Main Document 160 replaced on 11/19/2025) (znmw). (Entered: 11/18/2025) |
| 12/08/2025 | 161 | RESPONSE re 155 MOTION for Leave to File *Second Amended and Supplemental Complaint* filed by STATE OF WYOMING. (Attachments: # 1 Exhibit Images of APDs, # 2 Exhibit APD Land Descriptions, # 3 Text of Proposed Order)(Leininger, Shannon) (Entered: 12/08/2025) |
| 12/08/2025 | 162 | Memorandum in opposition to re 155 MOTION for Leave to File *Second Amended and Supplemental Complaint* filed by U.S. BUREAU OF LAND MANAGEMENT, U.S. DEPARTMENT OF INTERIOR. (Attachments: # 1 Text of Proposed Order)(Robertson, Michael) (Entered: 12/08/2025) |
| 12/08/2025 | 163 | RESPONSE re 155 MOTION for Leave to File *Second Amended and Supplemental Complaint* filed by CONTINENTAL RESOURCES, INC., DEVON ENERGY PRODUCTION COMPANY, L.P.. (Leggette, L.) (Entered: 12/08/2025) |
| 12/19/2025 | 164 | REPLY to opposition to motion re 155 Motion for Leave to File, filed by POWDER RIVER BASIN RESOURCE COUNCIL, WESTERN WATERSHEDS PROJECT. (Stellberg, Sarah) (Entered: 12/19/2025) |
| 02/27/2026 | 165 | MEMORANDUM OPINION re: Plaintiffs' 116 Motion for Summary Judgment, Defendants' 145 Motion to Dissolve the Injunction, Intervenors' 148 Motion to Dissolve the Injunction, Wyoming's 147 Motion for Joinder, and Plaintiffs' 155 Motion for Leave to File a Second Amended Complaint. Signed by Judge Tanya S. Chutkan on 2/27/2026. (lchs) (Entered: 02/27/2026) |
| 02/27/2026 | 166 | ORDER: Plaintiffs' 116 Motion for Summary Judgment is GRANTED. Defendants' 145 Motion to Dissolve the Injunction, Intervenors' 148 Motion to Dissolve the Injunction, and Wyoming's 147 Motion for Joinder are DENIED as moot. Plaintiffs' 155 Motion for Leave to File a Second Amended Complaint is DENIED. The Clerk of the Court shall close this case. Signed by Judge Tanya S. Chutkan on 2/27/2026. (lchs) (Entered: 02/27/2026) |
| 03/25/2026 | 167 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 165 Memorandum & Opinion, 166 Order,, Terminate Motions, by STATE OF WYOMING. Filing fee $ 605, receipt number ADCDC–12319521. Fee Status: Fee Paid. (Leininger, Shannon) (Entered: 03/25/2026) |
| 03/25/2026 | 168 | MOTION to Stay *Pending Appeal* by STATE OF WYOMING. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Text of Proposed Order)(Leininger, Shannon) (Entered: 03/25/2026) |
| 03/25/2026 | 169 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid re 167 Notice of Appeal to DC Circuit Court. (zjm) (Entered: 03/25/2026) |
| 03/26/2026 | | USCA Case Number 26–5093 for 167 Notice of Appeal to DC Circuit Court filed by STATE OF WYOMING. (zjm) (Entered: 03/26/2026) |

| 03/27/2026 | 170 | MOTION to Stay *Pending Appeal* by CONTINENTAL RESOURCES, INC., DEVON ENERGY PRODUCTION COMPANY, L.P.. (Attachments: # 1 Declaration of Rebecca Byram, # 2 Declaration of Rich Saint)(Leggette, L.) (Entered: 03/27/2026) |
| --- | --- | --- |
| 04/08/2026 | 171 | Memorandum in opposition to re 168 MOTION to Stay *Pending Appeal*, 170 MOTION to Stay *Pending Appeal* filed by POWDER RIVER BASIN RESOURCE COUNCIL, WESTERN WATERSHEDS PROJECT. (Attachments: # 1 Text of Proposed Order)(Stellberg, Sarah) (Entered: 04/08/2026) |
| 04/09/2026 | 172 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 165 Memorandum & Opinion, 166 Order,, Terminate Motions, by CONTINENTAL RESOURCES, INC., DEVON ENERGY PRODUCTION COMPANY, L.P.. Filing fee $ 605, receipt number CDCDC–12352054. Fee Status: Fee Paid. (Leggette, L.) (Entered: 04/09/2026) |
| 04/10/2026 | 173 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid re 172 Notice of Appeal to DC Circuit Court,. (zjm) (Entered: 04/10/2026) |
| 04/10/2026 | 174 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 165 Memorandum & Opinion, 166 Order,, Terminate Motions, by PETROLEUM ASSOCIATION OF WYOMING. Filing fee $ 605, receipt number ADCDC–12354494. Fee Status: Fee Paid. (Schroder, Kathleen) (Entered: 04/10/2026) |
| 04/10/2026 | 175 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid re 174 Notice of Appeal to DC Circuit Court. (zjm) (Entered: 04/10/2026) |
| 04/15/2026 | 176 | REPLY to opposition to motion re 168 Motion to Stay *the Court's February 27, 2026 Order Pending Appeal* filed by STATE OF WYOMING. (Leininger, Shannon) (Entered: 04/15/2026) |
| 04/15/2026 | | USCA Case Number 26–5119 for 172 Notice of Appeal to DC Circuit Court, filed by CONTINENTAL RESOURCES, INC., DEVON ENERGY PRODUCTION COMPANY, L.P.. (zjm) (Entered: 04/15/2026) |
| 04/15/2026 | | USCA Case Number 26–5120 for 174 Notice of Appeal to DC Circuit Court filed by PETROLEUM ASSOCIATION OF WYOMING. (zjm) (Entered: 04/15/2026) |
| 04/15/2026 | 177 | REPLY to opposition to motion re 170 Motion to Stay filed by CONTINENTAL RESOURCES, INC., DEVON ENERGY PRODUCTION COMPANY, L.P.. (Leggette, L.) (Entered: 04/15/2026) |
| 04/23/2026 | 178 | NOTICE OF CROSS APPEAL as to 165 Memorandum & Opinion, 166 Order,, Terminate Motions, 105 Memorandum & Opinion, 107 Order on Motion to Dismiss by POWDER RIVER BASIN RESOURCE COUNCIL, WESTERN WATERSHEDS PROJECT. Filing fee $ 605, receipt number ADCDC–12379370. Fee Status: Fee Paid. Parties have been notified. (Stellberg, Sarah) (Entered: 04/23/2026) |
| 04/24/2026 | 179 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid re 178 Notice of Cross Appeal,. (zjm) (Entered: 04/24/2026) |
| 04/24/2026 | 180 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 165 Memorandum & Opinion, 166 Order,, Terminate Motions, by U.S. DEPARTMENT OF INTERIOR, |

| | | |
|---|---|---|
| | | U.S. BUREAU OF LAND MANAGEMENT. Fee Status: No Fee Paid. (Robertson, Michael) (Entered: 04/24/2026) |
| 04/28/2026 | 181 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 165 Memorandum & Opinion, 166 Order,, Terminate Motions, by ANSCHUTZ EXPLORATION CORPORATION. Filing fee $ 605, receipt number ADCDC–12385811. Fee Status: Fee Paid. (Van Bockern, Kristina) Modified on 4/28/2026 to add payment (mg). (Entered: 04/28/2026) |
| 04/28/2026 | 182 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals docketing fee was not paid because the appeal was filed by the government re 180 Notice of Appeal to DC Circuit Court. (zjm) (Entered: 04/28/2026) |
| 04/28/2026 | 183 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid re 181 Notice of Appeal to DC Circuit Court,. (zjm) (Entered: 04/28/2026) |
| 04/29/2026 | | USCA Case Number 26–5143 for 181 Notice of Appeal to DC Circuit Court, filed by ANSCHUTZ EXPLORATION CORPORATION. (znmw) (Entered: 04/29/2026) |
| 04/29/2026 | | USCA Case Number 26–5142 for 180 Notice of Appeal to DC Circuit Court filed by U.S. DEPARTMENT OF INTERIOR, U.S. BUREAU OF LAND MANAGEMENT. (zjm) (Entered: 04/29/2026) |
| 04/29/2026 | | USCA Case Number 26–5141 for 178 Notice of Cross Appeal, filed by POWDER RIVER BASIN RESOURCE COUNCIL, WESTERN WATERSHEDS PROJECT. (zjm) (Entered: 04/29/2026) |
| 05/29/2026 | 184 | OPINION & ORDER: Wyoming's 168 Motion to Stay and Continental Resources, Inc., Devon Energy Production Company, L.P., and Petroleum Association of Wyoming's 170 Motion to Stay are DENIED. See Opinion & Order for further details. Signed by Judge Tanya S. Chutkan on 5/29/2026. (lchs) (Entered: 05/29/2026) |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **POWDER RIVER BASIN**<br>**RESOURCE COUNCIL,** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. DEPT OF INTERIOR,** *et al.*,<br><br>Defendants. | Case No. 22-cv-2696 (TSC) |

## OPINION & ORDER

On February 27, 2026, the court granted Plaintiffs Powder River Basin Resource Counsel and Western Watersheds Project's motion for summary judgment, vacating the Converse County Oil and Gas Project ("Project")'s 2020 Environmental Impact Statement ("EIS"), Record of Decision ("ROD"), and associated Casper Resource Management Plan Amendment, and remanding to the U.S. Department of the Interior and Bureau of Land Management ("BLM") for further consideration under the National Environmental Policy Act ("NEPA"). *See* ECF Nos. 116, 165, 166. Defendants and Intervenors—Wyoming, along with private energy companies Continental Resources, Inc., Devon Energy Production Company, L.P., and Petroleum Association of Wyoming ("Private Intervenors")—now seek a stay pending their appeal of that decision. *See* Wyo.'s Mot., ECF No. 168; Priv. Intervenors' Mot., ECF No. 170; ECF Nos. 167, 172, 180.

A stay pending appeal is an "extraordinary" remedy. *Citizens for Resp. & Ethics in Wash. v. Fed. Election Comm'n (CREW)*, 904 F.3d 1014, 1017 (D.C. Cir. 2018) (per curiam). The moving party bears the burden of showing (1) a "strong" likelihood of success on the merits, (2) irreparable injury absent a stay, (3) that a stay will not "substantially injure the other parties," and

(4) that the public interest supports a stay.  *Nken v. Holder*, 556 U.S. 418, 434 (2009) (quoting *Hilton v. Braunskill*, 481 U.S. 770, 776 (1987)).  A stay pending appeal "is not a matter of right," but "an intrusion into the ordinary processes of administration and judicial review."  *Id.* at 427 (citations omitted).

The court begins with the "first and most important factor," *Aamer v. Obama*, 742 F.3d 1023, 1038 (D.C. Cir. 2014): whether Intervenors have established a "substantial" likelihood of success on appeal, *Washington Metro. Area Transit Comm'n v. Holiday Tours, Inc.*, 559 F.2d 841, 843 (D.C. Cir. 1977).  Intervenors raise two principal arguments: (1) that the court's NEPA analysis failed to accord Defendants adequate deference under *Seven County Infrastructure Coal. v. Eagle County*, 605 U.S. 168 (2025); and (2) that the court incorrectly weighed the need for vacatur under *Allied-Signal, Inc. v. U.S. Nuclear Regulatory Comm'n*, 988 F.2d 146 (D.C. Cir. 1993).  *See* Priv. Intervenors' Mot. at 6–8; Wyo.'s Mot. at 3–4, 7–9.

Contrary to Intervenors' representation, *Seven County* did not create new law mandating greater deference to agencies; it reiterated that the court defers only to "reasonable" and "reasonably explained" agency action.  *Seven Cnty.*, 605 U.S. at 180; *see id.* at 183 ("Courts should afford substantial deference . . . so long as they fall within a broad zone of reasonableness."); *id.* ("As the Court has emphasized on several occasions, and we doubly underscore again today, 'inherent in NEPA . . . is a "rule of reason"'" (quoting *Dep't of Transp. v. Pub. Citizen*, 541 U.S. 752, 767 (2004))).  The court's reasoning—that the agency's rationale for eliminating phased development and greenhouse gas mitigation alternatives failed "a deferential review for reasonableness"—is consistent with that standard.  *Powder River Basin Res. Council v. Dep't of the Interior*, No. 22-cv-2696, 2026 WL 555013, at *5 (D.D.C. Feb. 27, 2026).  While the agency need only "briefly discuss the reasons" for eliminating those alternatives, *Stand Up for California!*

*v. Dep't of the Interior*, 919 F. Supp. 2d 51, 77 (D.D.C. 2013) (citation omitted), its rationale is still governed by the "rule of reason," *Seven Cnty.*, 605 U.S. at 183. In this case, the agency's reasoning was either contradicted by the EIS itself or unsupported by analysis in the administrative record. *See Powder River*, 2026 WL 555013, at *4–7. As further explained in the Memorandum Opinion, Intervenors are therefore unlikely to succeed in showing that the court was insufficiently deferential to BLM's analysis of alternatives under NEPA.

Nor can Intervenors establish a likelihood of success based on the court's remedial analysis. Vacatur of unlawful agency action is the rule, not the exception. *See Sierra Club v. Dep't of Transp.*, 125 F.4th 1170, 1186 (D.C. Cir. 2025) ("Remand with vacatur is the ordinary remedy for unlawful agency action."). The court considered "the 'seriousness of the order's deficiencies (and thus the extent of doubt whether the agency chose correctly) and the disruptive consequences of an interim change,'" and determined that "[b]oth factors militate in favor of vacating the Project approval." *Powder River*, 2026 WL 555013, at *8 (quoting *Allied-Signal*, 988 F.2d at 150–51). Intervenors argue that in observing that BLM "could reasonably change course" on remand, the court inverted the governing *Allied-Signal* standard. *Id.*; *see* Wyo.'s Mot. at 7; Priv. Intervenors' Mot. at 9. But *Allied-Signal* expressly requires evaluating "the extent of doubt whether the agency chose correctly." *Allied-Signal*, 988 F.2d at 150. Under that standard, vacatur is warranted when the EIS's deficiencies provide "reason to believe that the agency might disapprove the project if it added more to the EIS." *Seven Cnty.*, 605 U.S. at 185. In this case, if BLM could reasonably disapprove the Project on remand after conducting a proper NEPA analysis, it is sufficiently doubtful that BLM correctly approved it without one. Put another way, it is "sufficiently likely" that the "deficiencies" the court identified "go to the core of" the agency's decision. *New Jersey Conservation Found. v. FERC*, 111 F.4th 42, 64 (D.C. Cir. 2024). While

Intervenors also recycle arguments from their briefing to critique the court's application of the *Allied-Signal* factors, the court finds these arguments unpersuasive for the reasons stated in its Memorandum Opinion.

Although a movant's failure to demonstrate a likelihood of success on the merits is "an arguably fatal flaw for a stay application," *CREW*, 904 F.3d at 1019, the court analyzes the remaining factors and concludes that none support granting a stay.  Intervenors face an uphill battle: they must demonstrate "certain" and "actual" irreparable injury, *CREW*, 904 F.3d at 1019, that is "proportionally greater," given their "low likelihood of success on merits," *M.M.V. v. Barr*, 459 F. Supp. 3d 1, 4 (D.D.C. 2020).  Private Intervenors contend that they have already invested significantly in the EIS process and that vacatur would delay their ability to obtain new permits. *See* Priv. Intervenors' Mot. at 15–18.  Wyoming asserts harms to its tax base, royalty revenues, and ability to fund public services.  *See* Wyo.'s Mot. at 10–14.  But as the court has already explained, these are ordinary consequences of NEPA compliance, and "economic loss does not, in and of itself, constitute irreparable harm."  *Wisconsin Gas Co. v. FERC*, 758 F.2d 669, 674 (D.C. Cir. 1985).

Nor have Intervenors demonstrated that the Plaintiffs' and the public's interest weighs in favor of a stay.  *See Nken*, 556 U.S. at 435 (explaining that "the harm to the opposing party and weighing the public interest . . .  merge when the Government is the opposing party").  As the court observed, the Project "is already emitting and will continue to emit significant levels of greenhouse gases that will contribute to climate change" and will "impart other significant environmental harm, impacting human health, sensitive natural resources, landscapes, and wildlife."  *Powder River*, 2026 WL 555013, at *8.  Vacatur ensures that BLM cannot approve further permits based on the deficient EIS and ROD.

Intervenors argue that because state and federal regulations already require many of the measures BLM failed to consider, additional analysis offers little public benefit. *See* Priv. Intervenors' Mot. at 18–19; Wyo.'s Mot. at 15. Tellingly, BLM rejected the greenhouse gas-reduction alternatives commenters proposed as *infeasible*, not as duplicative of existing regulation. *See* AR 12375, 12491–92, 4183. And even accounting for existing regulations, BLM predicted exceedances of EPA's human-health-based National Ambient Air Quality Standards for multiple criteria pollutants. *See* AR 12937–38; *see also* AR 16206–09. In other words, Intervenors fail to offer sufficient basis to conclude that the status quo will adequately protect Plaintiffs' and the public's interest in greenhouse gas mitigation and air quality.

Intervenors also point to "the monetary and employment benefits from the Project to the State of Wyoming and its communities." Priv. Intervenors' Mot. at 19. But again, economic consequences from the delay in issuing new permits "are ordinary consequences of NEPA compliance, and not ones that establish sufficient prejudice to merit withholding vacatur." *Powder River*, 2026 WL 555013, at *8. And the vacatur here is relatively modest: it does not "enjoin development of existing drilling permits," "require BLM to unwind completed wells or infrastructure," or "prevent BLM from approving new APDs . . . that are independent of the deficient EIS." *Id.* (cleaned up). In any case, "[t]he question for granting a stay is not whether the underlying project is . . . in the public interest," but "whether a stay pending appeal" and "irreversible project construction now, while critical NEPA analysis remains incomplete" is in the public interest. *Friends of Cap. Crescent Trail v. Fed. Transit Admin.*, 263 F. Supp. 3d 144, 151 (D.D.C. 2017). Intervenors have not made that showing.

For the foregoing reasons, Intervenors' motions to stay the court's order pending appeal are DENIED. ECF Nos. 168, 170.

Date: May 29, 2026

_Tanya S. Chutkan_
TANYA S. CHUTKAN
United States District Judge